UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DERWIN WAYNE POWERS<br>Bureau of Prisions<br>P.O. Box 90043<br>Petersburg, VA 23804, | )<br>)<br>)<br>)<br>) | |
| Pro se Plaintiff | )<br>) | |
| v. | )<br>) | Civil No. |
| MAYOR ANTHONY WILLIAMS<br>1350 Pennsylvania Avenue Suite 419<br>Washington, DC 20004, | )<br>)<br>)<br>) | (On removal from the Superior Court<br>of the District of Columbia;<br>Case No. 06-0002128) |
| GENERAL COUNSEL<br>Office of the Attorney General<br>441 4th Street, NW, 6th Floor<br>Washington, DC 20001, | )<br>)<br>)<br>)<br>) | |
| EDWARD F. REILLY (CHAIRMAN)<br>U.S. Parole Commission<br>5550 Friendship Blvd.<br>Chevy Chase, MD 20815-7296, | )<br>)<br>)<br>)<br>) | |
| Defendants. | )<br>) | |

**NOTICE OF REMOVAL OF A CIVIL ACTION**

The United States Attorney General, through the undersigned attorneys, hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1441(a), 1442(a)(1) and 1446. In support of this Notice, the Attorney General states as follows:

1.  The above entitled action was filed on March 13, 2006, in the Superior Court of the District of Columbia, Civil Division, and served on Defendant, Edward F. Reilly, Chairman, U.S. Parole Commission, on March 21, 2006. A copy of the Complaint is attached hereto as Exhibit A.

2. Edward F. Reilly is one of the three defendants in the civil action styled <u>Derwin Wayne Powers v. Mayor Anthony Williams</u>, *et al.*, now pending in the Superior Court of the District of Columbia, Civil Action No. 06-0002128.

3. This notice of removal is brought pursuant to 28 U.S.C. §§ 1441(a). To the extent the complaint can be deciphered, plaintiff appears to be bringing forth an action against Defendant, Edward F. Reilly, Chairman, U.S. Parole Commission, under the Privacy Act for alleged inaccuracies in his Pre-Trial Sentencing Report (PSR). See Exhibit A.

3. At the time of the incidents alleged in the complaint, Mr. Reilly was an employee of the U.S. Parole Commission. Because Mr. Reilly was performing his duties as an employee of the U.S. Parole Commission, 28 U.S.C. § 1442(a)(1) provides a basis for removal of this action.

4. Plaintiff's claim is also one for which the District Court has original jurisdiction, because the suit is against an official of the United States government for actions allegedly taken while acting within the scope of their office or employment. Therefore removal is also authorized by 28 U.S.C. § 1441(a).

5. On April 11, 2006, a Notice of Filing of Notice of Removal was filed in the Superior Court of the District of Columbia advising that Court that, pursuant to 28 U.S.C. § 1446(d), it "shall proceed no further unless and until the [matter] is remanded." The Notice of Filing of Notice of Removal is attached hereto as Exhibit B.

WHEREFORE, this action now pending in the Superior Court of the District of Columbia is properly removed to this Court pursuant to 28 U.S.C. § 1441, 1442 (a)(1) and 1446.

April 11, 2006                                    Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney


_____
RUDOLPH.CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


_____
ERIC J. JANSON
Special Assistant United States Attorney
555 4th Street, N.W.
Washington, DC 20530
(202) 514-9150 (telephone)
(202) 514-8780 (facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of April, I caused the foregoing Notice of Removal of Civil Action to be served by first-class mail, postage prepaid, on:

Derwin Wayne Powers, pro se Plaintiff
Bureau of Prisons
P.O. Box 90043
Petersburg, VA 23804

Mayor Anthony Williams
c/o Gladys Herring
Office of the Secretary of DC
1350 Pennsylvania Avenue, NW
Washington, DC 20004

Office of the Attorney General
441 4th Street, NW, 6th Floor
Washington, DC 20001

_____
ERIC J. JANSON
Special Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-9150
(202) 514-8780 (facsimile)