## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### Civil Division

| | |
|---|---|
| DERWIN WAYNE POWERS )<br>Bureau of Prisions )<br>P.O. Box 90043 )<br>Petersburg, VA 23804, )<br>            )<br>            Pro se Plaintiff )<br>            )<br>v.          )<br>            )<br>MAYOR ANTHONY WILLIAMS )<br>1350 Pennsylvania Avenue Suite 419 )<br>Washington, DC 20004, )<br>            )<br>GENERAL COUNSEL )<br>Office of the Attorney General )<br>441 4th Street, NW, 6th Floor )<br>Washington, DC 20001, )<br>            )<br>EDWARD F. REILLY (CHAIRMAN) )<br>U.S. Parole Commission )<br>5550 Friendship Blvd. )<br>Chevy Chase, MD 20815-7296, )<br>            )<br>            Defendants. )<br>_____ ) | Civil Action No. 06-0002128<br>Judge Maurice Ross |

### NOTICE OF FILING OF NOTICE OF REMOVAL

To:

    Duane B. Delaney, Clerk
    D.C. Superior Court
    500 Indiana Avenue, NW
    Washington, DC 20001

To:

    Derwin Wayne Powers, pro se Plaintiff
    Bureau of Prisons
    P.O. Box 90043
    Petersburg, VA 23804

Derwin Wayne Powers, pro se Plaintiff
Bureau of Prisons
P.O. Box 90043
Petersburg, VA 23804

Mayor Anthony Williams
c/o Gladys Herring
Office of the Secretary of DC
1350 Pennsylvania Avenue, NW
Washington, DC 20004

Office of the Attorney General
441 4th Street, NW, 6th Floor
Washington, DC 20001

PLEASE TAKE NOTE that the United States Attorney General, on behalf of Defendant, Edward F. Reilly, Chairman, U.S. Parole Commission, filed with the Clerk of the United States District Court for the District of Columbia a Notice of Removal pursuant to 28 U.S.C. §§1441(a),1442(a)(1) and 1446.  See attached.  Regarding this case, the Superior Court of the District of Columbia "shall proceed no further unless and until the [matter] is remanded." See 28 U.S.C. § 1446(d).  A copy of the Notice of Removal (and attachments) are attached hereto.

April 11, 2006                     Respectfully submitted,

                                   _____
                                   KENNETH L. WAINSTEIN, D.C. Bar #451058
                                   United States Attorney


                                   _____
                                   RUDOLPH.CONTRERAS, D.C. Bar # 434122
                                   Assistant United States Attorney


                                   _____
                                   ERIC J. JANSON
                                   Special Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Notice of Removal and Notice of Filing of Notice of Removal has been made by hand-delivering a copy thereof to:

Duane B. Delaney, Clerk
D.C. Superior Court
500 Indiana Avenue, NW
Washington, DC 20001

and by delivering a copy by first-class mail, postage prepaid to:

Derwin Wayne Powers, pro se Plaintiff
Bureau of Prisons
P.O. Box 90043
Petersburg, VA 23804

Mayor Anthony Williams
c/o Gladys Herring
Office of the Secretary of DC
1350 Pennsylvania Avenue, NW
Washington, DC 20004

Office of the Attorney General
441 4th Street, NW, 6th Floor
Washington, DC 20001

on this 11th day of April, 2006.

_____
ERIC J. JANSON
Special Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-9150
(202) 514-8780 (facsimile)