# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

*RECEIVED*
*Civil Clerk's Office*
*MAR 1 3 2006*
*Superior Court of the District of Columbia Washington, D.C.*

DERWIN WAYNE POWERS,
B.O.P.
P.O. Box 90043
Petersburg, VA 23804

vs.

Plaintiff

06-0002128

CIVIL ACTION NO. _____

Serve: Gladys Herring

1. MAYOR ANTHONY WILLIAMS
   1350 PENN. AVE. SUITE 419
   WASHINGTON, D.C. 20004

2. GENERAL COUNSEL
   Office of the Attorney General
   441 4th St NW 6th Fl S
   Wash, DC 20001

Defendants

Serve: Darlene Fields

3. EDWARD F. REILLY (CHAIRMAN)
   U.S. PAROLE COMMISSION
   5550 FRIENDSHIP BLVD.
   CHEVY CHASE, MD. 20815-7286

Serve:
Rockne
Chickinell

## COMPLAINT

1. Jurisdiction of this court is founded on D.C. Code Annotated, 1973 edition, as amended, Sec. 11-921. Tainted and misleading information in institutional records. PSI demonstrate violence on part of Plaintiff, that's misleading. Also, PSI reflect charge that was dismissed; separations in records that were suppose to be removed; separation in records never had incident or problem. Incident in record displaying violence, but not specifying-that in fact the plaintiff was victim - not assailant. As a result, plaintiff male custody point scoring is high; salient factor points are high; was placed in institutions more than five hundred miles from family, Treated more harshly. ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒. I believe if correct information was in records.

Wherefore, Plaintiff demands judgment against Defendant in the sum of $2,000,000.00 with interest and costs.

Phone: _____

DISTRICT OF COLUMBIA, SS

_Derwin Wayne Powers_, being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the plaintiff, exclusive of all set-offs and just grounds of defense.

_Derwin Wayne Powers_
(Plaintiff / Agent)

Subscribed and sworn to before me this _24th_ day of _February_ 20_06_.

My Commission Expires: 11-30-09

_Jimmy L Bayes_
(Notary Public/Deputy Clerk)

FORM CV-101V Nov 00