UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DERWIN WAYNE POWERS,<br>Bureau of Prisions<br>P.O. Box 90043<br>Petersburg, VA 23804,<br><br>         Pro se Plaintiff<br><br>          v.<br><br>MAYOR ANTHONY WILLIAMS<br>1350 Pennsylvania Avenue Suite 419<br>Washington, DC 20004,<br><br>GENERAL COUNSEL<br>Office of the Attorney General<br>441 4th Street, NW, 6th Floor<br>Washington, DC 20001,<br><br>EDWARD F. REILLY (CHAIRMAN)<br>U.S. Parole Commission<br>5550 Friendship Blvd.<br>Chevy Chase, MD 20815-7296,<br><br>         Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Civil No.  06-0665 (PLF) |

**DEFENDANT'S MOTION FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant respectfully moves the Court for an extension of time to June 12, 2006, to answer or otherwise respond to Plaintiff's Complaint. Plaintiff is *pro se* and is currently incarcerated in a federal prison in Petersburg, VA. Accordingly, Defendant's counsel was unable to seek consent to this motion pursuant to Local Rule 7(m).  A scheduling order has not been entered in this case.  This is Defendant's first request for an extension of time.

There is good cause for the Court to grant this motion. This case was originally filed in the Superior Court of the District of Columbia, but it was removed to the District Court on April 11, 2006. Fed. R. Civ. P. 81(c) requires a defendant to answer or present other defenses within 20 days after receipt through service or otherwise of a copy of the initial pleading, or within five days after the filing of the petition for removal, whichever is longer. Here, the deadline for Defendant to respond to Plaintiff's Complaint is on April 18, 2006, five business days after the petition for removal. See Fed. R. Civ. P. 81(c); Fed. R. Civ. P. 6(a) ("when the period of time prescribed or allowed is less than 11 days, intermediate Saturdays, Sundays, and legal holidays shall be excluded in the computation.").

Defendant requests that it be granted 60 days to respond to Plaintiff's Complaint.[1] Such enlargement of time is consistent with the 60-day period that the United States is accorded to respond to complaints under Fed. R. Civ. P. 12(a)(3). More importantly, Defendant's counsel needs the additional time to become familiar with the issues and evaluate the merit of Plaintiff's claim.

Accordingly, Defendant respectfully requests that the Court grant a 60-day extension of time for Defendant to respond to Plaintiff's Complaint.

Dated: April 12, 2006                        Respectfully Submitted,

                                             /s/
                                             KENNETH L. WAINSTEIN, D.C. BAR #451058
                                             United States Attorney

---

[1] The U.S. Attorney's Office has not been served with a copy of the Summons and Complaint. As such, Defendant does not waive any defenses under Rule 12(b) or otherwise, including immunity from suit.

_____
RUDOLPH.CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


_____
ERIC J. JANSON
Special Assistant United States Attorney


Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DERWIN WAYNE POWERS<br>Bureau of Prisions<br>P.O. Box 90043<br>Petersburg, VA 23804,<br><br>       <u>Pro se</u> Plaintiff<br><br>       v.<br><br>MAYOR ANTHONY WILLIAMS<br>1350 Pennsylvania Avenue Suite 419<br>Washington, DC 20004,<br><br>GENERAL COUNSEL<br>Office of the Attorney General<br>441 4th Street, NW, 6th Floor<br>Washington, DC 20001,<br><br>EDWARD F. REILLY (CHAIRMAN)<br>U.S. Parole Commission<br>5550 Friendship Blvd.<br>Chevy Chase, MD 20815-7296,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil No.  06-0665 (PLF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION FOR AN EXTENSION OF TIME**

     Upon consideration of Defendant's Motion for an Extension of Time and the entire record herein, it is this _____ day of _____, 2006, ORDERED that Defendant's Motion for an Extension of Time be and is hereby GRANTED; and it is FURTHER ORDERED that Defendant shall have up to and including June 12, 2006, to answer or otherwise respond to Plaintiff's Complaint.

     SO ORDERED.

 

_____
Paul L. Friedman
U.S. District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Motion for an Extension of Time has been made by the Court's Electronic Case Filing System (ECF) and by delivering a copy by first-class mail, postage prepaid to:

Derwin Wayne Powers, pro se Plaintiff
Bureau of Prisons
P.O. Box 90043
Petersburg, VA 23804

Mayor Anthony Williams
c/o Gladys Herring
Office of the Secretary of DC
1350 Pennsylvania Avenue, NW
Washington, DC 20004

Office of the Attorney General
441 4th Street, NW, 6th Floor
Washington, DC 20001

on this 12th day of April, 2006.

_____
ERIC J. JANSON
Special Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-9150
(202) 514-8780 (facsimile)