UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DERWIN WAYNE POWERS
BUREAU OF PRISONS
P.O. BOX 90043
PETERSBURG, VA. 23804

        Pro Se Plaintiff

  V.

MAYOR ANTHONY WILLIAMS
1350 PENNSYLVANIA AVENUE SUITE 419
WASHINGTON, DC 20004,

GENERAL COUNSEL
OFFICE OF THE ATTORNEY GENERAL
441 4th STREET, NW, 6th FLOOR
WASHINGTON, DC 20001,

EDWARD F. REILLY (CHAIRMAN)
U.S. PAROLE COMMISSION
5550 FRIENDSHIP BLVD.
CHEVY CHASE, MD. 20815-7296,

        Defendants.

CASE NUMBER 1:06CV00665
JUDGE: PAUL L. FRIEDMAM
DECK TYPE: FOIA/PRIVACY Act
DATE STAMP: 04/24/2006

**PLAINTIFF MOTION TO REMAND FOR
ORIGINAL JURISDICTION**

    COME NOW, Plaintiff Derwin Wayne Powers proceeding Pro Se moves this Honorable Court to Remand Jurisdiction to the Superior Court of the District of Columbia pursuant to 28 USC section 1447 (c).

    In support of this Motion thereof:

(1) The above entitle action was originally filed in the United States District Court for the District of Columbia on April 11, 2006, and the Notice of Filing was filed in superior Court of the District of Columbia on April 11, 2006.

(2) The U.S, Attorney on behalf of defendants has filed a Notice of Removal in the United States District court for the District of Columbia on April 11, 2006, as well a Notice of filing of Removal was filed in superior Court of the District of Columbia on April 11, 2006. Exhibit (A) and (B) has been attached.

(3) Plaintiff has listed Edward Reilly, Chairman of the U.S. Parole Commission as defendant in a civil action styled, <u>Derwin Wayne Powers</u>, V. <u>Anthony Williams, et al</u>., which is now pending in Superior Court for the District of Columbia, Civil No# 060002128.

(4) This Motion should clearly be remanded on the face of the record pursuant to 28 USC section 1447 (c), for want of jurisdiction.

(5) With respect to remand from state court language of 28 USC section 1447 (c) cannot be interpret to require that entire case must be remanded if Federal court or Jurisdiction lack subject matters jurisdiction over any claim because (1) ordinay reading of the language indicates that section 1447(c) refers to instance in which federal court lack subject matter jurisdiction over case and not simply over claims within case (2) alternative reading of section 1447(c)'s reference to case

to include claim and not entire case; and (3) section 1447(c) deal not with question of whate is removalbe, but with procedures that federal court is to follow after the removal.

(6) Plaintiff claim is for which Superior Court of District of Columbia ahs original juridsiction, because this suit was in fact filed in proper jurisdiction due to nature of complaint and agencies involved, are in fact responsible for tainted information and inaccuracies in Plaintiff files and reords. Where case is improperly removed it must be remanded.

(7) This claim if moved to United States Court for the District of Columbia would be improper, because in fact there are still unresolved disputes as well as matters that specifically dealing with the District of Columbia laws of procedures. Plaitiff believes this claim is within it s original jurisdiion.

(8) Plaintiff moves this Honorable court in pursuant to 28 USC section 1447(c) to remand this claim to its original jurisdiction to the Superior Court of the District of Columbia and Edward F. Reilly as defendant untill disputed acts are resolved, acts that originate with the District of Columbia officials and agencies. These claims are not against the United States government, as the U.S. Attorney will have this Court to believe.

(9) At time of these disputes Chairman Reilly was in fact acting as an agent for the District of Columbia to deal with the District of Columbia's coded inmates not Federal inmates, these acts fell under the National Capital Revitalyzation and Self Government Act of 1997.

(10) On __4/24/06__, this Motoin to Remand was filed in the District court for the District of Columbia advising that this Court pursuant to 28 USC section 1447 (c)(a) it shall Remand this case back to superior Court of the District of Columbia.

Wherefore this action now pending in United States District Court for the District of Columbia is properly remanded to the District of Columbia Superior Court in pursuant to 28 USC section 1447(c)(a) __4/24/06__

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Motion to Remand for Original Jurisdiction has been served by first class U.S. mail postage prepaid on the 4/24/06 to:

EDWARD F. KEILLY
U.S. PAROLE COMMISSION
5550 FRIENDSHIP BLVD.
CHEVY CHASE, MD. 20815-7296

MAYOR ANTHONY WILLAIMS
1350 PENNSYLVANIA AVENUE, NW.
WASHINGTON, D.C. 20004

DUANE B. DELANEY, CLERK
D.C. SUPERIOR COURT
500 INDIANA AVE.
WASHINGTON D.C. 20001

/s/ _Derwin Wayne Powers_
DERWIN WAYNE POWERS
BUREAU OF PRISONS
P.O. BOX 90043
F.C.I. PETERSBURG
PETERSBURG, VA. 23804

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DERWIN WAYNE POWERS )<br>Bureau of Prisions )<br>P.O. Box 90043 )<br>Petersburg, VA 23804, )<br>     )<br>    Pro se Plaintiff )<br>     )<br>  v.  )<br>     )<br>MAYOR ANTHONY WILLIAMS )<br>1350 Pennsylvania Avenue Suite 419 )<br>Washington, DC 20004, )<br>     )<br>GENERAL COUNSEL )<br>Office of the Attorney General )<br>441 4th Street, NW, 6th Floor )<br>Washington, DC 20001, )<br>     )<br>EDWARD F. REILLY (CHAIRMAN) )<br>U.S. Parole Commission )<br>5550 Friendship Blvd. )<br>Chevy Chase, MD 20815-7296, )<br>     )<br>    Defendants. )<br>_____ ) | CASE NUMBER 1:06CV00665<br>JUDGE: Paul L. Friedman<br>DECK TYPE: FOIA/Privacy Act<br>DATE STAMP: 04/11/2006 |

### NOTICE OF REMOVAL OF A CIVIL ACTION

The United States Attorney General, through the undersigned attorneys, hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1441(a), 1442(a)(1) and 1446. In support of this Notice, the Attorney General states as follows:

1. The above entitled action was filed on March 13, 2006, in the Superior Court of the District of Columbia, Civil Division, and served on Defendant, Edward F. Reilly, Chairman, U.S. Parole Commission, on March 21, 2006. A copy of the Complaint is attached hereto as Exhibit A.

2. Edward F. Reilly is one of the three defendants in the civil action styled <u>Derwin Wayne Powers v. Mayor Anthony Williams, et al.</u>, now pending in the Superior Court of the District of Columbia, Civil Action No. 06-0002128.

3. This notice of removal is brought pursuant to 28 U.S.C. §§ 1441(a). To the extent the complaint can be deciphered, plaintiff appears to be bringing forth an action against Defendant, Edward F. Reilly, Chairman, U.S. Parole Commission, under the Privacy Act for alleged inaccuracies in his Pre-Trial Sentencing Report (PSR). See Exhibit A.

3. At the time of the incidents alleged in the complaint, Mr. Reilly was an employee of the U.S. Parole Commission. Because Mr. Reilly was performing his duties as an employee of the U.S. Parole Commission, 28 U.S.C. § 1442(a)(1) provides a basis for removal of this action.

4. Plaintiff's claim is also one for which the District Court has original jurisdiction, because the suit is against an official of the United States government for actions allegedly taken while acting within the scope of their office or employment. Therefore removal is also authorized by 28 U.S.C. § 1441(a).

5. On April 11, 2006, a Notice of Filing of Notice of Removal was filed in the Superior Court of the District of Columbia advising that Court that, pursuant to 28 U.S.C. § 1446(d), it "shall proceed no further unless and until the [matter] is remanded." The Notice of Filing of Notice of Removal is attached hereto as Exhibit B.

WHEREFORE, this action now pending in the Superior Court of the District of Columbia is properly removed to this Court pursuant to 28 U.S.C. § 1441, 1442 (a)(1) and 1446.

April 11, 2006                              Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

_____
RUDOLPH. CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____
ERIC J. JANSON
Special Assistant United States Attorney
555 4th Street, N.W.
Washington, DC 20530
(202) 514-9150 (telephone)
(202) 514-8780 (facsimile)

03/29/06  15:31 FAX 301 492 5563     US PAROLE COMMISSION                    ☑005

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

RECEIVED
Civil Clerk's Office
MAR 13 2006
Superior Court of the
District of Columbia
Washington, D.C.

DERWIN WAYNE POWERS,
B.O.P.
P.O. Box 90043
Petersburg, VA 23804

06-0002128

Plaintiff

Serve: Gladys Herring

Civil Action No. _____

vs.

1. MAYOR ANTHONY WILLIAMS
   1350 PENN. AVE. SUITE 419
   WASHINGTON, D.C. 20004   Defendants

2. GENERAL COUNSEL
   Office of the Attorney General
   441 4th St NW 6th fl S
   Wash, DC 20001
   Serve: Darlene Fields

3. EDWARD F. REILLY (CHAIRMAN)
   U.S. PAROLE COMMISSION
   5550 FRIENDSHIP BLVD.
   CHEVY CHASE, MD. 20815-7286
   Serve: Rockne Chickinell

**COMPLAINT**

1. Jurisdiction of this court is founded on D.C. Code Annotated, 1973 edition, as amended, Sec. 11-921. Tainted and misleading information in institutional records. PSI demonstrate violence on part of Plaintiff, that's misleading. Also, PSI reflect charge that was dismissed; separations in records that were suppose to be removed; separation in records never had incident or problem. Incident in record displaying violence, but not specifying-that in fact the plaintiff was victim - not assailant. As a result, plaintiff male custody point scoring is high; salient factor points are high; was placed in institutions more than five hundred miles from family, Treated more harshly. ~~all the above was in records~~. I believe if correct information was in records.

Wherefore, Plaintiff demands judgment against Defendant in the sum of $2,000,000.00 with interest and costs.

Phone: _____

DISTRICT OF COLUMBIA, ss

Derwin Wayne Powers, being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the plaintiff, exclusive of all set-offs and just grounds of defense.

Derwin Wayne Powers
(Plaintiff/Agent)

Subscribed and sworn to before me this __24th__ day of __February__ 20 06.

My Commission Expires: 11-30-09

Jimmy L Bayes
(Notary Public/Deputy Clerk)

FORM CV-101 Nov 00

EXHIBIT
A

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of April, I caused the foregoing Notice of Removal of Civil Action to be served by first-class mail, postage prepaid, on:

Derwin Wayne Powers, pro se Plaintiff
Bureau of Prisons
P.O. Box 90043
Petersburg, VA 23804

Mayor Anthony Williams
c/o Gladys Herring
Office of the Secretary of DC
1350 Pennsylvania Avenue, NW
Washington, DC 20004

Office of the Attorney General
441 4th Street, NW, 6th Floor
Washington, DC 20001

ERIC J. JANSON
Special Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-9150
(202) 514-8780 (facsimile)

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

RECEIVED
CIVIL CLERK'S OFFICE
APR 1 1 2006
SUPERIOR COURT
OF THE DISTRICT OF COLUMBIA
WASHINGTON, DC

DERWIN WAYNE POWERS )
Bureau of Prisions )
P.O. Box 90043 )
Petersburg, VA 23804, )
 )
       Pro se Plaintiff )
 )
    v. ) Civil Action No. 06-0002128
 ) Judge Maurice Ross
MAYOR ANTHONY WILLIAMS )
1350 Pennsylvania Avenue Suite 419 )
Washington, DC 20004, )
 )
GENERAL COUNSEL )
Office of the Attorney General )
441 4th Street, NW, 6th Floor )
Washington, DC 20001, )
 )
EDWARD F. REILLY (CHAIRMAN) )
U.S. Parole Commission )
5550 Friendship Blvd. )
Chevy Chase, MD 20815-7296, )
 )
       Defendants. )
 )

## NOTICE OF FILING OF NOTICE OF REMOVAL

To:

    Duane B. Delaney, Clerk
    D.C. Superior Court
    500 Indiana Avenue, NW
    Washington, DC 20001

To:

    Derwin Wayne Powers, pro se Plaintiff
    Bureau of Prisons
    P.O. Box 90043
    Petersburg, VA 23804

Derwin Wayne Powers, pro se Plaintiff
Bureau of Prisons
P.O. Box 90043
Petersburg, VA 23804

Mayor Anthony Williams
c/o Gladys Herring
Office of the Secretary of DC
1350 Pennsylvania Avenue, NW
Washington, DC 20004

Office of the Attorney General
441 4th Street, NW, 6th Floor
Washington, DC 20001

PLEASE TAKE NOTE that the United States Attorney General, on behalf of Defendant, Edward F. Reilly, Chairman, U.S. Parole Commission, filed with the Clerk of the United States District Court for the District of Columbia a Notice of Removal pursuant to 28 U.S.C. §§1441(a), 1442(a)(1) and 1446. See attached. Regarding this case, the Superior Court of the District of Columbia "shall proceed no further unless and until the [matter] is remanded." See 28 U.S.C. § 1446(d). A copy of the Notice of Removal (and attachments) are attached hereto.

April 11, 2006

Respectfully submitted,

_____
K.A. Wainstein (by RC)
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

_____
RUDOLPH.CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____
ERIC J. JANSON
Special Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Notice of Removal and Notice of Filing of Notice of Removal has been made by hand-delivering a copy thereof to:

Duane B. Delaney, Clerk
D.C. Superior Court
500 Indiana Avenue, NW
Washington, DC 20001

and by delivering a copy by first-class mail, postage prepaid to:

Derwin Wayne Powers, pro se Plaintiff
Bureau of Prisons
P.O. Box 90043
Petersburg, VA 23804

Mayor Anthony Williams
c/o Gladys Herring
Office of the Secretary of DC
1350 Pennsylvania Avenue, NW
Washington, DC 20004

Office of the Attorney General
441 4th Street, NW, 6th Floor
Washington, DC 20001

on this 11th day of April, 2006.

_____
ERIC J. JANSON
Special Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-9150
(202) 514-8780 (facsimile)