UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DERWIN WAYNE POWERS**  )<br>)<br>**Pro se Plaintiff**  )<br>)<br>v.  )<br>)<br>**MAYOR ANTHONY WILLIAMS,**  )<br>)<br>**GENERAL COUNSEL**  )<br>**Office of the Attorney General,**  )<br>)<br>**EDWARD F. REILLY (CHAIRMAN)**  )<br>**U.S. Parole Commission**  )<br>)<br>**Defendants.**  )<br>_____)  | Civil No. 06-0665(PLF) |

## PRAECIPE

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney ERIC J. JANSON as counsel of record for defendant Edward F. Reilly, Chairman, U.S. Parole Commission, in the above-captioned case.

Respectfully submitted,

/s/
Eric J. Janson
Special Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-9150 (telephone)
(202) 514-8780 (facsimile)
Eric.Janson@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 2nd day of May 2006, the foregoing Praecipe was sent by U.S. Mail, postage prepaid, to the following:

>Derwin Wayne Powers
>Bureau of Prisons
>F.C.I. Petersburg
>P.O. Box 90043
>Petersburg, VA 23804

_____/s/_____
Eric J. Janson
Special Assistant United States Attorney