## SUPERIOR COURT DISTRICT OF COLUMBIA

DERWIN W. POWERS,
    Plaintiff,

Case No.#06-002128

v.

ANTHONY WILLIAMS,

March 31, 2006.

### AMENDED COMPLAINT

    Plaintiff, Derwin W. Powers, incarcerated inmate, F.C.I. Petersburg, currently doing a sentence 24-72 years for Armed Robbery, District of Columbia Superior Court.

    Plaintiff was placed in Federal Bureau of Prisons during time of the Revitalization Act; when all District of Columbia Prisons' were ultimately closed down. Plaintiff records were transferred to B.O.P.

    Plaintiff on numerous occassions requested to have certain Items' in record corrected. Plaintiff also wrote the agencies, Court Services, District of Columbia Records Department and Parole Commissioner to have records corrected or to bring to said agencies attention the contested information, agencies did not respond to informal attempts to resolve discrepencies.

    Plaintiff, went before Parole Board 1-26-05/ Parole was recommended to be denied. Plaintiff wrote Parole Commission contesting use of P.S.I. that contained violence that in fact was problematical during court proceedings; (Plaintiff attorney objected to stated information). There after, Commissioner Denied Plaintiff parole.

EXHIBIT 1

Plaintiff, also have a robbery charge that was dismissed on P.S.I., it is not showing it was in fact dismissed; Plaintiff Rap Sheet is incorrect according to F.B.I. FOIA examiner, this agency in fact stated, there are entries on Rap Sheet, that disposition were made as well corrections. Parole Commission did in fact ignore. Plaintiff under Privacy Act § 522 is holding Parole Board Liable for use of incorrect information and not maintaining correct record to insure fairness to plaintiff. Plaintiff seek correction of Parole Files and Money damages.

Count (2)

Plaintiff, in attempt to correct faulty P.S.I. wrote Court Services after realizing the many discrepencies within Plaintiff P.S.I. to informally have PSI corrected. Court Services never responded back. Plaintiff contact Case Manager who suggest Plaintiff write D.C. Records, who disregard Plaintiff efforts to correct mistakes and inaccuracies in record. Plaintiff hold Court Services responsible for Plaintiff's record being incorrect and misleading, causing Plaintiff to be placed in High Security Prisons, being treated more harsher, having adverse decision Made against Plaintiff, being placed more than 500 miles from FAMILY, being denied parole; having the greatest degree of violent on Male Custody Classification Form;

Count (3)

D.C. Department of Corrections was responsible for maintaining Plaintiff over all files. D.C. Department of Corrections did in fact

2

place Separatisee on Plaintiff where there was no incident; as well did not lift Separatee when orders were made to do so; this in fact, had a bearing on Plaintiff being denied transfers to Institutions, for rehabilitation, to be over 500 miles from family, to be punished for no realistic reason. D.C. Department of Corrections did in fact violate Privacy Act § 522 by not maintaining correct records. Plaintiff seeks correction of records and money damages.

**Count (4)**

Mayor Anthony Williams is in fact Custodian over these offices, minus Parole Commissioners. Plaintiff do in fact, hold Mayor Anthony Williams responsible for the action of these said agencies, this is why Plaintiff is seeking Correction of Plaintiff's Files and a $2,000,000.00 Monetary Damages. Plaintiff believes that if his records and files were correct, Plaintiff would have been treated alot Fairer. Plaintiff has in fact suffered tremendously emotional and physical stress due to this Matter over the years.

**WHEREFORE,** The Defendant respectfully requests this Honorable Court to grant said Motion.

Respectfully Submitted,

Derwin Wayne Powers Pro-Se
Derwin Wayne Powers
#09309-007