## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Derwin Powers,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 06-0665 (PLF)** |
| | ) | |
| **District of Columbia et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

## DEFENDANTS DISTRICT OF COLUMBIA AND ANTHONY WILLIAMS' MOTION FOR LEAVE TO EXTEND THE TIME TO FILE A RESPONSE TO THE COMPLAINT

Defendants District of Columbia and Mayor Anthony Williams, by and through undersigned counsel and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, hereby move this Court for an extension of time until June 22, 2006, to file a response to the complaint. A Memorandum of Points and Authorities in support of this Motion and a proposed Order are attached hereto.

Pursuant to LCvR 7.1, undersigned counsel attempted to contacted the incarcerated Plaintiff on April 13, 2006, but was unable to speak with the Plaintiff.  On May 8, 2006, undersigned counsel spoke to the attorney for the United States defendants, who consented to the requested relief.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____
HOLLY M. JOHNSON [476331]
Section Chief
General Litigation Section III
441 4th Street, N.W., 6S-053
Washington, D.C. 20001
(202) 442-9874
(202) 727-3625 (fax)
holly.johnson@dc.gov


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 8th day of May, 2006, that a copy of the foregoing Motion, Memorandum of Supporting Points and Authorities and proposed order was sent via first class mailed postage prepaid, or the U.S. District Court's electronic notification service, to:

Derwin Powers
B.O.P.
P.O. Box 90043
Petersburg, VA 23804

Eric J. Janson
U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Washington, DC 20001

_____
Holly M. Johnson
Chief, General Litigation Section III

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| Derwin Powers, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-0665 (PLF) |
| | ) | |
| District of Columbia et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DISTRICT OF COLUMBIA DEFENDANTS' MOTION FOR LEAVE TO EXTEND THE TIME TO FILE A RESPONSE TO THE COMPLAINT**

The District of Columbia and Mayor Anthony Williams ("the District"), by and through undersigned counsel and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, hereby move this Court for an extension of time until June 22, 2006, to file a response to the complaint. As grounds therefore, the District states as follows:

1.      On March 13, 2006, the Plaintiff filed his complaint in this lawsuit in the Superior Court for the District of Columbia.

2.      This case has been assigned to Assistant Attorney General James Vricos, who will be out of the country for his wedding from April 29, 2006 through May 22, 2006.

3.      In anticipation of this absence, AAG James Vricos prepared to file a motion with the Superior Court to enlarge the District's time to respond to the complaint.  However, before such a motion could be filed, this lawsuit was removed to this Court.  AAG James Vricos was unable to file his motion to enlarge before his scheduled leave began, because he had not yet been provided with a U.S. District Court docket number for this lawsuit.

4.      Undersigned counsel is an attorney manager with the D.C. Office of the Attorney

General.  On behalf of AAG James Vricos, who will enter his appearance in this lawsuit

when he returns, undersigned counsel respectfully requests additional time to file a

response to the complaint, based on any facts or legal issues raised in the Complaint.

5.      The District submits that such a brief delay will not prejudice the plaintiff.

WHEREFORE, for the foregoing reasons, the District moves that it be given leave until

June 22, 2006 to file an answer or dispositive motion.


Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


_____
HOLLY M. JOHNSON [476331]
Section Chief
General Litigation Section III
441 4th Street, N.W., 6S-053
Washington, D.C. 20001
(202) 442-9874
(202) 727-3625 (fax)
holly.johnson@dc.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **Derwin Powers,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 06-0665 (PLF)** |
| | ) | |
| **District of Columbia et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**ORDER**

Upon consideration of the District's Motion for an extension of time to file a response to the complaint, any opposition hereto, and the facts and law considered, it is hereby ORDERED:

That the District shall file a response to the complaint by June 22, 2006.

So ORDERED this _____ day of _____, 2006.


_____
Judge Paul L. Friedman
United States District Court for the District of Columbia

copies to:

HOLLY M. JOHNSON
Chief, General Litigation Section III
JAMES H. VRICOS
Assistant Attorney General
441 4th Street, N.W., 6S61
Washington, D.C. 20001

DERWIN POWERS
B.O.P.
P.O. Box 90043
Petersburg, VA 23804

ERIC J. JANSON
U.S. Attorney's Office
555 Fourth Street, NW
Washington, DC 20001