UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
DERWIN WAYNE POWERS
BUREAU OF PRISONS
P.O. BOX 90043
PETERSBURG, VA. 23804

                Pro Se Plaintiff


        V.                                  CASE NUMBER 1:06CV00665
                                            JUDGE: PAUL L. FRIEDMAM
MAYOR ANTHONY WILLIAMS                      DECK TYPE: FOIA/PRIVACY Act
1350 PENNSYVANIA AVENUE SUITE 419
WASHINGTON, DC 20004,                       DATE STAMP: 04/24/2006


GENERAL COUNSEL
OFFICE OF THE ATTORNEY GENERAL
441 4th STREET, NW, 6th FLOOR
WASHINGTON, DC 20001,

EDWARD F. REILLY (CHAIRMAN)
U.S. PAROLE COMMISSION
5550 FRIENDSHIP BLVD.
CHEVY CHASE, MD. 20815-7296,

                Defendants.
```

**PLAINTIFF MOTION TO REMAND FOR
ORIGINAL JURISDICTION**

COME NOW, Plaintiff Derwin Wayne Powers proceeding Pro Se moves this Honorable Court to Remand Jurisdiction to the Superior Court of the District of Columbia pursuant to 28 USC section 1447 (c).

In support of this Motion thereof:

**RECEIVED**

**MAY 1 2 2006**

**SUPERIOR COURT**

(1) The above entitle action was originally filed in the United States District Court for the District of Columbia on April 11, 2006, and the Notice of Filing was filed in superior Court of the District of Columbia on April 11, 2006.

(2) The U.S, Attorney on behalf of defendants has filed a Notice of Removal in the United States District court for the District of Columbia on April 11, 2006, as well a Notice of filing of Removal was filed in superior Court of the District of Columbia on April 11, 2006. Exhibit (A) and (B) has been attached.

(3) Plaintiff has listed Edward Reilly, Chairman of the U.S. Parole Commission as defendant in a civil action styled, <u>Derwin Wayne Powers</u>, V. <u>Anthony Williams, et al</u>., which is now pending in Superior Court for the District of Columbia, Civil No# 060002128.

(4) This Motion should clearly be remanded on the face of the record pursuant to 28 USC section 1447 (c), for want of jurisdiction.

(5) With respect to remand from state court language of 28 USC section 1447 (c) cannot be interpret to require that entire case must be remanded if Federal court or Jurisdiction lack subject matters jurisdiction over any claim because (1) ordinay reading of the language indicates that section 1447(c) refers to instance in which federal court lack subject matter jurisdiction over case and not simply over claims within case (2) alternative reading of section 1447(c)'s reference to case

to include claim and not entire case; and (3) section 1447(c) deal not with question of whate is removalbe, but with procedures that federal court is to follow after the removal.

(6)    Plaintiff claim is for which Superior Court of District of Columbia ahs original juridsiction, because this suit was in fact filed in proper jurisdiction due to nature of complaint and agencies involved, are in fact responsible for tainted information and inaccuracies in Plaintiff files and reords. Where case is improperly removed it must be remanded.

(7)    This claim if moved to United States Court for the District of Columbia would be improper, because in fact there are still unresolved disputes as well as matters that specifically dealing with the District of Columbia laws of procedures. Plaitiff believes this claim is within it s original jurisdiion.

(8)    Plaintiff moves this Honorable court in pursuant to 28 USC section 1447(c) to remand this claim to its original jurisdiction to the Superior Court of the District of Columbia and Edward F. Reilly as defendant untill disputed acts are resolved, acts that originate with the District of Columbia officials and agencies.  These claims are not against the United States government, as the U.S. Attorney will have this Court to believe.

(9)    At time of these disputes Chairman Reilly was in fact acting as an agent for the District of Columbia to deal with the District of Columbia's coded inmates not Federal inmates, these acts fell under the National Capital Revitalyzation and Self Government Act of 1997.

(10)  On __4/24/06__, this Motoin to Remand was filed in the District court for the District of Columbia advising that this Court pursuant to 28 USC section 1447 (c)(a) it shall Remand this case back to superior Court of the District of Columbia.

Wherefore this action now pending in United States District Court for the District of Columbia is properly remanded to the District of Columbia Superior Court in pursuant to 28 USC section 1447(c)(a) __4/24/06__

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Motion to Remand for Original Jurisdiction has been served by first class U.S. mail postage prepaid on the 4/24/06 to:

EDWARD F. KEILLY
U.S. PAROLE COMMISSION
5550 FRIENDSHIP BLVD.
CHEVY CHASE, MD. 20815-7296

MAYOR ANTHONY WILLAIMS
1350 PENNSYLVANIA AVENUE, NW.
WASHINGTON, D.C. 20004

DUANE B. DELANEY, CLERK
D.C. SUPERIOR COURT
500 INDIANA AVE.
WASHINGTON D.C. 20001

/s/ _Derwin Wayne Powers_
DERWIN WAYNE POWERS
BUREAU OF PRISONS
P.O. BOX 90043
F.C.I. PETERSBURG
PETERSBURG, VA. 23804