**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

RECEIVED
CIVIL CLERK'S OFFICE

APR 1 1 2006

SUPERIOR COURT
OF THE DISTRICT OF COLUMBIA
WASHINGTON, DC

DERWIN WAYNE POWERS                    )
Bureau of Prisions                     )
P.O. Box 90043                         )
Petersburg, VA 23804,                  )
                                       )
                  Pro se Plaintiff     )
                                       )
                                       )
            v.                         )
                                       )    Civil No.   06-0665
                                       )
MAYOR ANTHONY WILLIAMS                 )
1350 Pennsylvania Avenue Suite 419     )    (On removal from the Superior Court
Washington, DC 20004,                  )    of the District of Columbia;
                                       )    Case No. 06-0002128)
                                       )
GENERAL COUNSEL                        )
Office of the Attorney General         )
441 4th Street, NW, 6th Floor          )
Washington, DC 20001,                  )
                                       )
                                       )
EDWARD F. REILLY (CHAIRMAN)            )
U.S. Parole Commission                 )
5550 Friendship Blvd.                  )
Chevy Chase, MD 20815-7296,            )
                                       )
                  Defendants.          )
_____)

## NOTICE OF REMOVAL OF A CIVIL ACTION

The United States Attorney General, through the undersigned attorneys, hereby files this

Notice of Removal pursuant to 28 U.S.C. §§ 1441(a), 1442(a)(1) and 1446.  In support of this

Notice, the Attorney General states as follows:

1.    The above entitled action was filed on March 13, 2006, in the Superior Court of

the District of Columbia, Civil Division, and served on Defendant, Edward F. Reilly, Chairman,

U.S. Parole Commission, on March 21, 2006.  A copy of the Complaint is attached hereto as

Exhibit A.

2.      Edward F. Reilly is one of the three defendants in the civil action styled <u>Derwin Wayne Powers v. Mayor Anthony Williams, et al.</u>, now pending in the Superior Court of the District of Columbia, Civil Action No. 06-0002128.

3.      This notice of removal is brought pursuant to 28 U.S.C. §§ 1441(a).  To the extent the complaint can be deciphered, plaintiff appears to be bringing forth an action against Defendant, Edward F. Reilly, Chairman, U.S. Parole Commission, under the Privacy Act for alleged inaccuracies in his Pre-Trial Sentencing Report (PSR).  See Exhibit A.

3. At the time of the incidents alleged in the complaint, Mr. Reilly was an employee of the U.S. Parole Commission.  Because Mr. Reilly was performing his duties as an employee of the U.S. Parole Commission, 28 U.S.C. § 1442(a)(1) provides a basis for removal of this action.

4. Plaintiff's claim is also one for which the District Court has original jurisdiction, because the suit is against an official of the United States government for actions allegedly taken while acting within the scope of their office or employment.  Therefore removal is also authorized by 28 U.S.C. § 1441(a).

5. On April 11, 2006, a Notice of Filing of Notice of Removal was filed in the Superior Court of the District of Columbia advising that Court that, pursuant to 28 U.S.C. § 1446(d), it "shall proceed no further unless and until the [matter] is remanded." The Notice of Filing of Notice of Removal is attached hereto as Exhibit B.

WHEREFORE, this action now pending in the Superior Court of the District of Columbia

is properly removed to this Court pursuant to 28 U.S.C. § 1441, 1442 (a)(1) and 1446.

April 11, 2006                              Respectfully submitted,


                                           _K.L. Wainstein (by RC)_
                                           KENNETH L. WAINSTEIN, D.C. Bar #451058
                                           United States Attorney


                                           _____
                                           RUDOLPH. CONTRERAS, D.C. Bar # 434122
                                           Assistant United States Attorney

                                           _____
                                           ERIC J. JANSON
                                           Special Assistant United States Attorney
                                           555 4th Street, N.W.
                                           Washington, DC 20530
                                           (202) 514-9150 (telephone)
                                           (202) 514-8780 (facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of April, I caused the foregoing Notice of Removal of

Civil Action to be served by first-class mail, postage prepaid, on:

Derwin Wayne Powers, pro se Plaintiff
Bureau of Prisons
P.O. Box 90043
Petersburg, VA 23804

Mayor Anthony Williams
c/o Gladys Herring
Office of the Secretary of DC
1350 Pennsylvania Avenue, NW
Washington, DC 20004

Office of the Attorney General
441 4th Street, NW, 6th Floor
Washington, DC 20001

ERIC J. JANSON
Special Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-9150
(202) 514-8780 (facsimile)

03/29/06  15:31 FAX 301 492 5563          US PAROLE COMMISSION          ☒005

SUPERIO... COURT OF THE DISTRICT OF C' 'MBIA
CIVIL DIVISION

RECEIVED
Civil Clerk's Office
MAR 1 3 2006
Superior Court of the
District of Columbia
Plaintiff Washington, D.C.

DERWIN WAYNE POWERS,
B.O.P.
P.O. Box 90043
Petersburg VA23804

06-0002128

CIVIL ACTION NO. _____

1. MAYOR ANTHONY WILLIAMS
   1350 PENN. AVE. SUITE 419
   WASHINGTON, D.C.  20004  *Defendants*

2. GENERAL COUNSEl
   *Office of the Attorney General*
   *441 4th St NW org E 48*
   *Wash, DC 20001*

EDWARD F. REILLY (CHAIRMAN)
3. U.S. PAROLE COMMISSION
   5550 FRIENDSHIP BLVD.
   CHEVY CHASE, MD. 20815-
   7286

COMPLAINT

1.  Jurisdiction of this court is founded on D.C. Code Annotated, 1973 edition, as amended, Sec. 11-921. Tainted and misleading information in institutional records. PSI demonstrate violence on part of Plaintiff, that's misleading. Also, PSI reflect charge that was dismissed; separations in records that were suppose to be removed; separation in records never had incident or problem. Incident in record displaying violence, but not specifying-that in fact the plaintiff was victim - not assailant. As a result, plaintiff male custody point scoring is high; salient factor points are high; was placed in institutions more than five hundred miles from family, Treated more harshly. ~~is believed was in records~~. I believe if correct information was in records.

Wherefore, Plaintiff demands judgment against Defendant in the sum of $2,000,000.00 with interest and costs.

_____
Phone: _____

DISTRICT OF COLUMBIA, ss

_Derwin Wayne Powers_____, being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the plaintiff, exclusive of all set-offs and just grounds of defense.

_Derwin Wayne Powers_____
(Plaintiff                                        Agent)

Subscribed and sworn to before me this _24th_ day of _February_ 20 _06_.

My Commission Expires: 11-30-09

_Tammy L Bayes_____
(Notary Public/Deputy Clerk)

FORM...101 Nov 00

EXHIBIT
A

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of April, I caused the foregoing Notice of Removal of

Civil Action to be served by first-class mail, postage prepaid, on:

Derwin Wayne Powers, pro se Plaintiff
Bureau of Prisons
P.O. Box 90043
Petersburg, VA 23804

Mayor Anthony Williams
c/o Gladys Herring
Office of the Secretary of DC
1350 Pennsylvania Avenue, NW
Washington, DC 20004

Office of the Attorney General
441 4th Street, NW, 6th Floor
Washington, DC 20001


ERIC J. JANSON
Special Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-9150
(202) 514-8780 (facsimile)