UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
DERWIN POWERS,                      )
                                    )
            Plaintiff,              )
    v.                              )   Civil Action No. 06-0665 (PLF)
                                    )
MAYOR ANTHONY WILLIAMS, *et al.*,   )
                                    )
            Defendants.             )
                                    )
_____)

ORDER

It is hereby

ORDERED that the plaintiff's motions to remand [Dkt. #4, 8] are DENIED. The Court construes the complaint as bringing claims under the Privacy Act, *see* 5 U.S.C. § 552a, against the Chair of the United States Parole Commission. Insofar as plaintiff brings claims against an officer of the United States pursuant to a federal statute, this matter properly was removed from the Superior Court of the District of Columbia. *See* 28 U.S.C. §§ 1441, 1442(a)(1).

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: June 14, 2006