UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DERWIN POWERS, )<br>)<br>　　　　Plaintiff, )<br>　v. )<br>)<br>MAYOR ANTHONY WILLIAMS, *et al.*, )<br>)<br>　　　　Defendants. )<br>) | Civil Action No. 06-0665 (PLF) |

ORDER

Defendant Edward F. Reilly, Chair, United States Parole Commission, moves to dismiss the complaint. Because a ruling on defendant's motion potentially could dispose of this case, the Court hereby advises the *pro se* plaintiffs of their obligations under the Federal Rules of Civil Procedure and the rules of this Court. *See Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988); *Neal v. Kelly*, 963 F.2d 453, 456 (D.C. Cir. 1992).

Plaintiff is advised that the Court will rule on defendant's motion taking into consideration the facts proffered in the complaint, along with plaintiff's response or opposition to it. Plaintiff's attention is directed to Local Civil Rule 7(b), which states:

> Within 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion. If such a memorandum is not filed within the prescribed time, the court may treat the motion as conceded.

1

LCvR 7(b).  In addition, plaintiffs' attention is directed to Rule 6(e) of the Federal Rules of Civil Procedure which provides:

> Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon the party and the notice or paper is served upon the party [by mail], 3 days shall be added to the prescribed period.

Fed. R. Civ. P. 6(e).  The Court may treat as conceded any motion not opposed within the time limits outlined above.  Alternatively, the Court may consider on the merits any motion not opposed within the time limits outlined above.

Accordingly, it is hereby

ORDERED that, on or before **July 12, 2006**, plaintiff shall file his opposition or response to defendant's motion.  If plaintiffs fail to respond timely, the Court may grant defendant's motion as conceded, and summarily may dismiss the complaint.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

Date:  June 14, 2006

2