UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Derwin Powers,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**District of Columbia et al.,** )<br>)<br>**Defendants.** )<br>_____) | Civil Action No. 06-0665(PLF) |

## PRAECIPE OF WITHDRAWAL AND APPEARANCE

Will the Clerk of the Court please withdraw the appearance of Assistant Attorney Holly Johnson as attorney for the District of Columbia in this case and enter the appearance of Assistant Attorney General James H. Vricos as attorney for the District of Columbia.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General


GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____
HOLLY M. JOHNSON
Assistant Attorney General


_____
JAMES H. VRICOS
Assistant Attorney General
Bar Number 474026
441 4th Street, N.W., 6S-074
Washington, D.C. 20001

(202) 724-6600
(202) 727-3625 (fax)
James.Vricos@dc.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this _____day of _____, 2006, that a copy of the foregoing Praecipe was first class mailed postage prepaid, or the U.S. District Court's electronic notification service, to:

Derwin Powers
B.O.P.
P.O. Box 90043
Petersburg, VA 23804

Eric J. Janson
U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Washington, DC 20001

_____
JAMES H. VRICOS
Assistant Attorney General