# Exhibit A

SUPERIOR COURT DISTRICT OF COLUMBIA
CIVIL DIVISION

DERWIN W. POWERS,
  Plaintiff,

vs.

ANTHONY WILLIAMS
  Respondent.

Civil Action# 06-002128
Judge: Honorable Maurice Ross

Next Event - 6 - 30-06

## AFFIDAVIT OF PROOF OF CERTIFICATE

Pro-se Plaintiff, in above civil action in compliant with SCR Civ 4 (O) hereby certifies that defendants' below were mailed by way of certified mail copy of complaint, summon, Notice and intial order 3-22-06. Plaintiff recieved return service reciept, 3-29-06 indicating defendants' who in fact acknowledge reciept of above mention documents.

| | |
|---|---|
| Defendant - Honorable Anthony Williams<br>1350 Penn. Ave. N.W.<br>Washington, D.C.  20004 | 3-28-06 Date of Delivery<br>#7003 1010 0000 2924 6793 |
| Defendant - Office of Attorney General<br>        Court Service<br>    Serve: Darlene Fields<br>    441 4th st n.w. washington, D.C. 20001 | 3-28-06 Date of Delivery<br>#7003 1010 0000 2924 6816 |
| Defendant- Edward Reilly Jr.<br>    530 Friendship Blvd.<br>    Chevy Chase, Md. 20815-7286 | 3-28-06 Date of Delivery<br>37003 1010 0000 2924 6809 |

I hereby certify under the penalty of perjury the foregoing is true and correct, pursuant to 28 U.S.C. § 1746

Wayne Derwin Powers

Date: 3-30-06

Sign: _Wayne Derwin Powers_
      A.K.A. Derwin Wayne Powers

(copy)

## Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Ms. Tabatha Braxton or Gladys Herring/
   Office of the Secretary
   1350 Penn. Ave. N.W.
   Washington, D.C. 20004 / suite 419

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature] ☑ Agent  ☐ Addressee

B. Received by (Printed Name): [illegible]

C. Date of Delivery: 3-28-06

D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type:
   ☑ Certified Mail  ☐ Express Mail
   ☐ Registered  ☑ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7003 1010 0000 2924 6793

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-0835

## Receipt 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Ms. Darlene Fields
   Office of Attorney General
   441 4th St. N.W. \ 6th south
   Washington, D.C. 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature] ☐ Agent  ☐ Addressee

B. Received by (Printed Name): G Dunmio

C. Date of Delivery: 3-28-06

D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type:
   ☐ Certified Mail  ☐ Express Mail
   ☑ Registered  ☑ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7003 1010 0000 2924 6816

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-0835

## Receipt 3

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   (Rockne Chickinell)
   U.S. Parole Commission
   5550 Friendship Blvd.
   Chevy Chase, MD. 20815-7286

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature] ☐ Agent  ☐ Addressee

B. Received by (Printed Name):

C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes  ☐ No

[Postmark: MAR 28 USPS]

3. Service Type:
   ☑ Certified Mail  ☐ Express Mail
   ☐ Registered  ☑ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7003 1010 0000 2924 6809

PS Form 3811, August 2001