UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

DERWIN W. POWERS,

        Plaintiff,                               CIVIL CASE #06-0665

v.

ANTHONY WILLIAMS, et. al.

RECEIVED
JUN 2 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## REQUEST LEAVE TO AMEND COMPLAINT

      **COMES NOW**, the Plaintiff, Derwin W. Powers, pursuant to Rule (15) Civil Rules of Procedures for order granting leave to Amend Complaint. Plaintiff was unaware of information defendant presented was a factor in Plaintiff Complaint matter of 6 convictions/ prior committments incarceration over 30 days/use of displinaries over three years/ that brought in issues of guidelines usages.

      Plaintiff was surprise by this information. Because Information in fact was part of U.S. Parole Board use of vague, unsupported and unreliable information.

      **WHEREFORE**, Plaintiff moves this honorable Court to grant Plaintiff's Motion to amend Complaint.

                                                          Respectfully Submitted,

Date: 6-19-06

                                                          /s/ Derwin Wayne Powers
                                                          DERWIN WAYNE POWERS
                                                          REG. NO.09309-007