UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

DERWIN W. POWERS,
        Plaintiff,                CIVIL NO.06-0665

v.

ANTHONY WILLIAMS,

## AMENDED COMPLAINT

      Plaintiff, Derwin W. Powers, incarcerated inmate, F.C.I. Petersburg, currently doing a sentence 24-72 years for Armed Robbery, District of Columbia Superior Court.

      Plaintiff was placed in Federal Bureau of Prisons during time of the Revitalization Act; when all District of Columbia Prisons' were ultimately closed down. Plaintiff records were transferred to B.O.P.

      Plaintiff on numerous occassions requested to have certain Items' in record corrected. Plaintiff also wrote the agencies, Court Services, District of Columbia Records Department and Parole Commissioner to have records corrected or to bring said agencies attention the contested information, agencies did not respond to informal attempts to resolve discrepencies.

      Plaintiff, went before Parole Board 1-26-05/ Parole was recommended to be denied. Plaintiff wrote Parole Commission contesting use of P.S.I. that contained violence that in fact was problematical during court proceedings; (Plaintiff attorney

                                                                                         AAA

objected to stated information).

Plaintiff seeking to have Parole Commission to <u>Note</u> in its records, Plaintiff has in fact challenged records that are vague, unsupported, unreliable information in parole files named Wayne Derwin Powers. Specifically Armed Robbery of Mr. Edward Jones that demonstrated violence of a higher level than actual incident; the matter of use of displinaries over three years old; use of parole guidelines that don't apply to Plaintiff, who is a "old law" D.C. Code offender, Housed in Federal Prison; and use of Robbery charge on P.S.I. that was dropped, that was not suppose to be on P.S.I. Plaintiff is not asking Parole Commission to correct P.S.R./ But only to keep Parole Commission record correct as matters contested in Light of P.S.R. Robbery charge (dismissed); use of wrong guidelines; use of displinary over three years and use of violence that was incorrect. Plaintiff believe Parole Commission has not maintain correct records in these matters and is liable under Privacy Act , for many damages and to correct its records (surrounding documents) that are inaccurate, unreliable and vague, by Noting this information is challenged by Plaintiff.

## Count (2)

Plaintiff, in attempt to correct faulty P.S.I. wrote Court Services after realizing the many discrepencies within Plaintiff's P.S.I. to informally have PSI corrected. Court Services never responded back. Plaintiff contact Case Manager who suggest Plaintiff write D.C. Records, who disregard Plaintiff efforts to correct

mistakes and inaccuracies in record. Plaintiff hold Court Services responsible for Plaintiffis record being incorrect and misleading, causing Plaintiff to be placed in High Security Prisons, being treated more harsher, having adverse decision made against Plaintiff, being placed more than 500 miles from FAMILY, being denied parole; having the greatest degree of violent on Male Custody Classification Form;

Count (3)

D.C. Department of Corrections was responsible for maintaining Plaintiff over all files. D.C. Department of Corrections did in fact place Separatisee on Plaintiff where there was no incident; as well did not lift Separatee when made to do so; this in fact, had a bearing on Plaintiff being denied transfers to Institutions, for rehabilitation, to be over 500 miles from family, to be punished for no realistic reason. D.C. Department of Corrections did in fact violate Privacy act § 522 by not maintaining correct records. Plaintiff seeks correction of records and money damages.

Count (4)

Mayor Anthony Williams is in fact Custodian over these offices, minus Parole Commissioners. Plaintiff do in facr, hold Mayor Anthony Williams responsible for the action of these said agencies, this is why Plaintiff is seeking Correction of Plaintiff's Files and a $2,000,000.00 Monetary damages. Plaintiff believes that if his records and files were correct, Plaintiff would have been treated alot Fairer. Plaintiff has in fact suffered tremendously emotional and physical stree due to this Matter over the

years.

**WHEREFORE,** The Defendant respectfully requests this Honorable Court to grant said Motion.

Respectfully Submitted,

*Derwin Wayne Powers*
DERWIN WAYNE POWERS
REG. #09309-007

## CERTIFICATE OF SERVICE

I, Derwin Wayne Powers, proceeding in Pro-se, hereby certify that on the 19th of June 2006, I caused the foregoing Motion for **(AMENDED COMPLAINT)** to be served by certified mail prepaid on:

      Edward F. Reilly
c/o  Eric J. Jansen
      Special Assistance United States Attorney
      555 4th Street, N.W.
      Washington, D.C.
            20530

Mayor Anthony Williams/ c/o James Vriocos
Office of Attorney General
441 4th Street, N.W.  6th Floor
Washington, D.C.
      20530

*/s/ Derwin Wayne Powers*
DERWIN WAYNE POWERS
FEDERAL CORR. COMPLEX
(MEDIUM)
P.O. BOX 90043
PETERSBURG, VIRGINIA
      23804