UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Derwin Powers,** | : | |
| **Plaintiff,** | : | |
| v. | : | Civil Action No. 06-0665 (PLF) |
| **Mayor Anthony Williams, et al.,** | : | |
| **Defendants.** | : | |

**DEFENDANT DISTRICT OF COLUMBIA'S REPLY TO THE PLAINTIFF'S OPPOSITION TO THE DISTRICT'S MOTION TO DISMISS**

Defendant, District of Columbia (hereinafter "District"), by and through undersigned counsel, hereby responds to the Plaintiff's Opposition to the District's Motion to Dismiss as follows:

**1.    PLAINTIFF FAILS TO ADDRESS THE DISTRICT'S ARGUMENT THAT PLAINTIFF HAS FAILED TO EFFECTUATE PROPER SERVICE ON THE DISTRICT OF COLUMBIA AND HAS FAILED TO PROVIDE SUFFICIENT PROOF OF SERVICE.**

In its Motion to Dismiss the District argued that the Plaintiff had failed to effectuate proper service on the District and had failed to provide sufficient proof of Service. In his Opposition to the District's motion, the plaintiff does not address this argument at all. Therefore, the District respectfully requests that the Court treat this argument as conceded and dismiss the plaintiff's complaint.

**2.    PLAINTIFF FAILED TO SUFFICIENTLY ADDRESS THE DISTRICT'S ARGUMENT THAT THE DISTRICT IS NOT A PROPER PARTY TO THIS ACTION.**

In his Opposition to the District's Motion the Plaintiff fails to sufficiently address the District's argument that the District is not a proper party to this action. In his Opposition the

1

plaintiff states twice that the "one of the defendants is an agency or an employee of the District of Columbia" (Opposition, Page 2.)  Beyond these two conclusory statements, the plaintiff completely fails to address the District's argument that it is not a proper party to this action.

The plaintiff fails to state any legal basis upon which the court could reasonably conclude that the District is a proper party to this action.  Indeed, the plaintiff focuses his argument around the role to the United States Parole Commission.  The plaintiff fails to state any legal basis to establish liability on the part of the District and seems to concede that U.S. Parole Commission is the proper defendant in this cause of action.[1]  The Defendant respectfully requests that the Court treat this argument as conceded and dismiss the plaintiff's complaint.

WHEREFORE, the District of Columbia respectfully requests that the Court dismiss the plaintiff's complaint.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Holly M. Johnson /s/*
HOLLY M. JOHNSON
Section Chief
General Litigation Section III

---

[1] On August 5, 2000, the D.C. Parole Board was abolished and the USPC assumed all authority over parole matters for D.C. prisoners.  D.C. Code § 24-131 (2001).

                                                */s/ James H. Vricos /s/*  
                                                James H. Vricos [474026]  
                                                Assistant Attorney General  
                                                441 4th Street, N.W.  
                                                6th Floor South  
                                                Washington, D.C. 20001  
                                                (202) 724-6600  
                                                (202) 727-3625 (fax)

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on <u>July 13, 2006</u> a copy of the foregoing Reply to Plaintiff's Opposition to District's Motion to Dismiss, was sent via first class mail postage prepaid, or the U.S. District Court's electronic notification service, to:

Derwin Powers  
B.O.P., #09309-007  
P.O. Box 90043  
Petersburg, VA 23804

Eric J. Janson  
Special Assistant United States Attorney  
U.S. Attorney's Office  
555 Fourth Street, NW  
Washington, DC 20001

                                                */s/ James H. Vricos /s/*  
                                                James H. Vricos  
                                                Assistant Attorney General