UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DERWIN POWERS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 06-0665 (PLF) |
| ) | |
| MAYOR ANTHONY WILLIAMS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

ORDER

This matter is before the Court on the District of Columbia's motion to dismiss on the ground that plaintiff failed to effectuate proper service of process.[1] The motion will be denied.

Plaintiff originally filed this action in the Superior Court of the District of Columbia against Mayor Anthony Williams the "General Counsel," and Edward F. Reilly, Chair of the United States Parole Commission. *See* Notice of Removal of Civil Action [Dkt. #1], Ex. A (Complaint).[2] Plaintiff served a copy of the summons and complaint on the Mayor and the

---

[1] The District of Columbia relies on its co-defendant to argue alternative grounds for dismissal. *See* Memorandum of Points and Authorities Supporting Defendant District of Columbia's Motion to Dismiss at 5-6 (page numbers designated by Court). The Court will deny the District's motion to dismiss on these other grounds without prejudice. The District may renew its motion, which "shall be accompanied by a statement of specific points of law and authority that support the motion." LCvR 7(a).

[2] By naming the "General Counsel," the Court presumes that plaintiff means the Attorney General for the District of Columbia.

Attorney General for the District of Columbia by certified and registered mail, respectively. *See* Memorandum of Points and Authorities in Support of Defendant District of Columbia's Motion to Dismiss ("Def.'s Mot."), Ex. A (Affidavit of Proof of Certificate). These methods of service are authorized under Superior Court Civil Rule 4. *See* SCR-Civil 4(c)(3) (allowing service "by mailing a copy of the summons, complaint and initial order to the person to be served by registered or certified mail, return receipt requested").

The District of Columbia may be served by mailing a copy of the summons, complaint and initial order to the Mayor or his designee, and to the District's Attorney General or his designee. *See* SCR-Civil 4(j)(1). The Mayor's designees are Tabatha Braxton and Gladys Herring. Def.'s Mot., Ex. C (Mayor's Order 2004-77 and November 9, 2005 Memorandum regarding Designation of Staff to Handle/Accept Legal Correspondence). The Attorney General's designees are Darlene Fields, Tonia Robinson, and Gale Rivers. *Id.*, Ex. B (Attorney General Office Order No. 2005-19). Defendant argues that plaintiff failed to serve the Mayor and the Attorney General properly because their designees did not indicate their acceptance by signing the mail receipts personally. *See* Def.'s Mot. at 3-5 (page numbers designated by Court).

Plaintiff's affidavit shows that he sent a copy of the Superior Court summons, complaint and initial order by certified mail to Tabatha Braxton or Gladys Herring on behalf of Mayor Williams, and by registered mail to Darlene Fields on behalf of the Attorney General. *See* Defs.' Mot., Ex. A. Plaintiff, who is proceeding *pro se*, has no control over the defendant's handling of certified and registered mail, and cannot be expected to ensure that only the proper designees sign the mail receipts. The Court concludes that plaintiff fulfilled his obligations for effecting service of process on the Mayor and Attorney General by addressing this legal mail to

the proper designees and by submitting proof of his efforts.

Accordingly, it is hereby

ORDERED that the District of Columbia's motion to dismiss for insufficiency of service of process [Dkt. #13] is DENIED.  Defendant may renew its motion on any of the other grounds mentioned in the instant motion within 15 days of entry of this Order.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

Date:  July 20, 2006