EXHIBIT "A"

# PUBLIC DEFENDER SERVICE

**BOARD OF TRUSTEES**

MERINDA D. WILSON, CHAIRPERSON
R. KENNETH MUNDY, VICE CHAIRPERSON
FREDERICK B. ABRAMSON
ALBERT J. BEVERIDGE, III
MARCELO R. FERNANDEZ-ZAYAS
JOHN PEPAZICH
FRANK A. RICH
LEE A. SATTERFIELD
SHARON E. SMALLWOOD
MARNA S. TUCKER
DARIA PORTRAY WINTER

## FOR THE DISTRICT OF COLUMBIA
451 INDIANA AVENUE, N.W.
WASHINGTON, D.C. 20001

————

(202) 628-1200
(800) 341-2582

KIM A. TAYLOR
DIRECTOR

ANGELA JORDAN DAVIS
DEPUTY DIRECTOR

August 15, 1989

The Honorable Robert A. Shuker
Associate Judge
Superior Court of the the
  District of Columbia
500 Indiana Avenue, N.W.
Washington, D.C.  20001

Re:  <u>United States v. Wayne Powers</u>
        Case No. F-3407-89

Dear Judge Shuker:

Wayne Powers has entered pre-indictment pleas of guilty to two counts of armed robbery and one count of assault with intent to rob while armed.  As is more fully explained below, these robberies were the acts of a man desperately addicted to crack cocaine and agonized over the breakup of his marriage and disappearance of his wife and family.  They occurred over a five day period in March of 1989 and represent Mr. Powers' first convictions in almost fourteen years.  They were crimes of desperation committed at great risk for little return -- a few dollars in each instance.  As the Court knows, the last of the robberies almost resulted in the death of Mr. Powers.  Edward Jones was carrying a gun in his cab, pulled it out during Mr. Power's attempt to rob him and shot Mr. Powers again and again. Mr. Powers spent three weeks in the hospital, underwent surgery, and it seems will never regain the full use of his right arm. He has already, in a sense, been punished with greater severity than this Court could mete out.  Nonetheless, both counsel and Mr. Powers realize that the Court must impose a term of incarceration in this case.  All that Mr. Powers asks is that it be a term of incarceration which allows Mr. Powers the opportunity to rebuild his life after his release from prison.

## The Government's Memorandum

Before reaching the substance of this letter, counsel needs to address several points in the Government's Memorandum in Aid of Sentencing.  The memorandum contains several inaccuracies and focuses in large part on a crime which Mr. Powers did not commit

The Honorable Robert A. Shuker
August 15, 1989
Page 2

and to which he did not plead guilty -- the robbery of George
Watties.  The government asserts Mr. Powers' participation in
five different robberies and says that he stabbed three of the
cab drivers.  That is simply inaccurate.[1]  Mr. Powers has
pleaded guilty to the armed robberies of three, not five, cab
drivers -- Edward Brooks, Jean Sabbat, and Edward Jones.  During
the course of one of those robberies -- that involving Mr.
Sabbat -- the complaining witness turned quickly to grab Mr.
Powers' arm and Mr. Powers stabbed him one time.  Mr. Sabbat
spent one day in the hospital and was released.  Contrary to the
government's assertions, neither Mr. Jones nor Mr. Brooks were
stabbed.  As the Court will note from the letter submitted by
Mr. Jones himself, Mr. Jones received an injury to his head not
because Mr. Powers "lunged at Mr. Jones, cutting him in the
forehead between the eyes" (Government memorandum at 1), but
rather when Mr. Powers butted him with his own head in the
attempt to free himself as Mr. Jones repeatedly shot him.

Moreover, the robbery that receives the most attention from
the government in its memorandum and the only other robbery
involving a stabbing is that of Mr. Watties -- a robbery which
Mr. Powers did not commit, did not plead guilty to, and which
the government has agreed to dismiss.  Indeed the plea bargain
was carefully constructed so that Mr. Powers would not admit
guilt to that offense since he has always maintained that he did
not commit it, even though he freely admits his participation in
the other robberies.  The government now wishes to urge the
Court to base its sentence in large part on a case which it
agreed to dismiss.  If the government thought it so important
that the Court sentence Mr. Powers based on the Watties robbery,
it should have insisted that it be part of the plea bargain.  As
it is, not only has there been no guilty plea in that case,
there has not even been a finding of probable cause.  Indeed, a
finding of probable cause would be difficult since the Mr.

_____

[1] The government also implies that there may be other armed
robberies involving Mr. Powers when it states that Mr. Powers
"victimized at least five cab drivers during March of 1989."  As
the government well knows, the extent of the outer reaches of
Mr. Power's potential criminal liability was fully discussed
during the course of plea negotiations and counsel was informed
that there were no other robberies that the government believed
Mr. Powers was in any way involved in.

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
**OFFICE OF THE ATTORNEY GENERAL**



ATTORNEY GENERAL

Office Order No. 2005-19

SUBJECTS: Designation of employees authorized to receive service of process on behalf of the Attorney General for the District of Columbia.

Pursuant to Reorganization Order No. 50 of June 26, 1953, as amended, the following employees in the Civil Litigation Division, Office of the Attorney General for the District of Columbia, are designated to receive service of process on behalf of the Attorney General (formerly the Corporation Counsel) when service is required to be made on the Attorney General or the District pursuant to Rule 4(j) of the Civil Rules of the Superior Court or pursuant to Mayor's Order:

> Darlene Fields, Secretary
> Tonia Robinson, Legal Assistant
> Gale Rivers, Secretary

In the absence of these three individuals, the Deputy or the Assistant Deputy of the Civil Litigation Division may also accept service of process.

An employee receiving service of process pursuant to this Order shall note the time and date of receipt on the document, and shall forward all papers served on the employee to the Civil Litigation Division for docketing.

This Order will take effect immediately and supersedes all previous Orders, including Office Order No. 4-91 (May 17, 1991), to the extent of any inconsistency.

Robert J. Spagnoletti
Attorney General

Dated this 6th day of June, 2005

Office of The General Counsel
U.S. Parole Commission
5550 Friendship Blvd.
Chevy Chase, Maryland
                   20815


c/o Commissioner


RE: Parole Hearing 1-26-05 Before Examiner
    <u>MR. MOWART AT FCI-MEDIUM PETERSBURG</u>

Sir/Madam;

              In regards to tainted and faulty information use at my
Parole Hearing that prejudice the Outcome.  I feel that its Extremely
Pertinent to Enlighten your office to this discrepancy.  This Error
once clarified through the Records could be a factor in determining
my Final Outcome.  At this time, I would like to direct your atten-
tion to (P.S.I.) pg#3.  In this particular Robbery, it is stated

      "Suspect hit Mr. Jones in the face leaving a
      cut over the Right Eye"

Documentation entails that this injury was substain through a Head Butt.
"In furtherance, its stipulated that Mr. Jones was cut on the hand and
arm.  Should the Report be interupted, you will realize that these
injuries were substained when the Suspect bit the Victim.  All of these
injuries stemmed from a fight!  It is noted, that my Attorney contested
the Information before the Court and that it was acknowledged by the
Court that outside of the gun that I was shot with by Mr. Jones.  This
knife in question, remained on the Ground out of reach during the strug-
gle as Mr. Jones pulled out his gun and shot me twice.  Fighting for
my life, I actually lunged at Mr. Jones with my Head, butting him in an

attempt to subdue him.  police Reports and the Court record will rein-
force the Validity of my statement.

Also, I would like to direct your attention to Court Tran-
scripts dated August 17, 1989, Pg#6, Lines 1-8, 21-25.  The reading of
this Transcript will confirm all of the above.  It is not my intention
to Undermine a Thing, I am just keeping factual.

Another issue that I would like to address before conclud-
ing.  As the records should reflect, I am a D.C. Prisoner who falls
under the Old 2/3 Law before the Omni Bus act, yet I am being held ac-
countable under these New Parole Guidelines.  In the past (15) Fifteen
Years of Incarcerated, I have acquired (2) two Infractions.  I've earned
my College Degree and have completed Two(2) Long Term Intensive Treat-
ment Drug Programs.  Over the Years, I've Programmed, keeping A Optimis-
tic Attitude that by Rehabilitating myself and taking advantage of Op-
portunities that others have Shunned, that the Ultimate Rewards for A
Positive Agenda, would someday be another chance to reflect my Value and
Worth in Society.  Without a Break in Custody and have Complied with
Every Goal created by Myself or Given to, thou I believe Mr. Mowart was
very helpful.  I believe His Final Decision revolves strictly around
Punishment and Punishment Only.  with this revelation in mind, I am now
Asking You to Re-evaluate my case before it becomes Final.

Yours Respectfully,


Attn::  See Attached Documentation

Ex 1

February 24, 2005

COURT SERVICE AND OFFENDERS
SUPERVISION AGENCY
DISTRICT OF COLUMBIA
300 INDIANA AVENUE
WASHINGTON, DC 20001

Ref:  **District of Columbia v. Wayne Powers**, case Nos. F10755-88F;
F3407-89B,C,D.

Dear Clerk:

I am the Defendant in the above referenced case.  I am writing
to request that this Agency to request that it correct inaccurate
information in my Presentence Investigation Report ("PSI") that
has recently come to my attention.

Specifically, the information reads Mr. Jones, the victim of the
armed robbery, was stabbed in his eye.  This is not true.  The
judge made a finding on this issue during trial and it was dis-
covered the cut was the result of a head butt.  See exhibit A.
No weapon was used.

Secondly, the other erroneous information is the robbery charge
noted therein was dropped as a result of plea negotiations.  Thus,
it is my belief that this information should not appear in my
PSI.

I request that this agency amend my PSI to delete the robbery
charge since it was dropped and to reflect that Mr. Jones was
not stabbed.  The erroneous information is causing an adverse affect.

I hope to receive a response from you as soon as practicable.

Your assistance in this matter is greatly appreciated.


Respectfully submitted,

Wayne Powers

Wayne Powers, Pro Se.
Reg. No. 09309-007
Federal Correctional Complex
Post Office Box 90043
Petersburg, Virginia 23804-9003



Xc:    file
       I here certify under penalty of perjury that above statements
are true to best of my knowledge.  I further contend that this do-
cument was mailed to above agency on 24th day of February 2005 by way
of institutional pursuant to Language of 28 U.SC. § 1746.

EX-2

February 24, 2005

D.C. RECORD CENTER
FREEDOM OF INFORMATION/PRIVACY ACT
POST OFFICE BOX 90026
PETERSBURG, VIRGINIA 23804

Ref:  Correction of records
      and Release of Information

Dear Coordinator:

This matter is brought under Title 5 U.S.C. §§ 552(a), 552a(d)(1)
of the Freedom of Information and Privacy Act of 1974.  First,
would you please provide me copies of all documents (misconduct
reports, disciplinary hearing records, reports, etc.) pertaining
to a March 1989 incident where I got into a fight with Charles
Johnson that is contained in my BOP file.  I further request that
this incident be amended under teh Privacy Act to show I was as-
saulted and attacked by several other individuals.

Second, would you please prove me copies of all documents pertain-
ing to a incident when I got into a fight with a Phillip Scott in
January 1989.  I further request that this incident be amended
under the Privacy Act to reflect that I was assaulted by Phillip
Scott.  The documents in the first and second incident cast a false
light or gives a false impression of me and the incident.

Third, would you please provide me the statement of reasons for
placing a separation status, allegedly noted in the BOP file,
against Jeffrey Wells.

Fourth, would you please provide me the statement of reasons for
placing a separation status, allegedly noted in the BOP file,
against Charles Johnson.

Your attention in this matter is greatly appreciated.


Respectfully submitted,

Wayne Powers

Wayne Powers, Pro Se.
Reg. No. 09309-007
Federal Correctional Complex
Post Office Box 90043
Petersburg, Virginia 23804-9003

Xc:   file
      I here certify under penalty of perjury that above statements
are true to best of my knowledge.  I further contend that this do-
cument was mailed to above agency on 24th day of February 2005 by way
of institutional pursuant to Language of 28 U.S.C. § 1746.

Attachment A
July 15, 2004

Ex 6

Date/Time Issued: **2/12/05**
To: **POWERS**
(Name)        (Reg. No.)
**P Plumey**
(Staff)

### FEDERAL CORRECTIONAL COMPLEX
### PETERSBURG, VIRGINIA
### ADMINISTRATIVE REMEDY ATTEMPT AT INFORMAL RESOLUTION

Program Statement 1330.13, Administrative Remedy Procedures for Inmates, requires an inmate, in most cases, to make an attempt at informal resolution prior to filing an administrative remedy.  An inmate with a complaint should complete the first three sections below and submit the form to his Correctional Counselor.

1. **Wayne D. Powers /09309007**               **09309007**
   Name & Date                                 Reg. No.

   **A - north**                               **2/10/05**
   Housing Unit                                Date Complaint Occurred

2. NATURE OF THE COMPLAINT (state briefly what the problem is and what you have done to resolve problem: **I spoke with case manager Ms. Butts 2/10/05 in reference to getting addresses to individuals or agencies to correct my institutional files and P.S.I. / D.C. files/. I advised her I need information to assist in order to file court proceedings. She stated she**

3. WHAT RESOLUTION DO YOU WANT?: **would get them when ever. It's been since the I gave her my initial cop-out. (2/5/05)**
   **Just get need addresses to agencies, D.C. Records + P.S.I recorder.**

### TO BE COMPLETED BY STAFF
### THERE IS NO PROBLEM WHICH CANNOT BE INFORMALLY RESOLVED

4. EFFORTS MADE BY STAFF TO RESOLVE PROBLEM (Include discussion of policy or problem with Inmate, contact with staff, etc.) **Advise i/m to specify which agency he needs the address to**

5. COUNSELOR'S COMMENTS (Was problem Informally resolved, If not why?): **No yes**
   **Provided addresses.**

   **Plumey Plum   2/15/05**
   Correctional Counselor/Date

UNIT MANAGER REVIEW (If problem not informally resolved by Counselor, did you discuss problem with inmate in effort to resolve): _____✓ YES          _____ NO
IF ANSWER YES (Was problem resolved?): _____✓ YES          _____ NO

   **act u/m Plum**
   Unit Manager/Date

Date Informal received from Inmate: **2/12/05**      Date BP-9 Issued to Inmate: _____

```
  PEMBY  535*08 *        FEDERAL BUREAU OF PRISONS      *     05-01-2006
PAGE 002 OF 002 *      CIM CLEARANCE AND SEPARATEE DATA  *     15:20:09

REGISTER NO: 09309-007 NAME: POWERS

REGISTER                      FIRST    ARS ARS          ARS        ARS QTR
NUMBER    LAST NAME           NAME     FCL ASSIGN       DATE       TIME ASSIGN

09309-007 POWERS              WAYNE    PEM A-DES     04-13-2006 1426 A04-064L
CMC ASSGNS: SEPARATION
02 REMARKS: 1/01/06 PEM/ADL APV ESC MED TRP,SRMC,PET,VA,PET,VA,1/20/06,RTN
02 REMARKS: 7/21/03 NCR/AJD APV TRF FM THA TO PEM (CD 308) S/L=MEDIUM.
02 REMARKS: 11/3/03 MXR/JMM APV 319 TRF PEM TO BUT DRUG;ARS BY 11/21.
02 REMARKS: 10/07/04 MXR/SLB DENY SCH: POP. APV 325 TRF BUT DRUG TO PEM.

11553-007 SCOTT               PHILLIP  CDC PAROLE    04-22-2005 0830
02 REMARKS: 4-21-03,SER/KL APV 330 TRF TO LVN (CIMS)
02 REMARKS: 12-14-04 LVN/CAA/CIM/CLR/CCC/WASH/DC/CDC/2FH/1-3/4-22-05------
02 REMARKS: 01/04/02 EDG/WNH APV ESC MED TRP AIKEN, SC 01/04/02 - RTN EDG
02 REMARKS: 4-15-03,SER/KSB REFERRED TO CORR SVCS FOR REVIEW

08559-007 WALKER              JOHN     CDC PAROLE    09-19-2003 0755
02 REMARKS: 08/01/03 EDG/WNH APV CCC CDC2FJ WASHINGTON,DC 8/4/03 - 9/19/03
02 REMARKS: *****THREAT ASSESSMENT ADDRESSED WITH CSOSA NO CONCERNS*******
02 REMARKS: 5/3/02MXR/JR APV 328 TRF FM CRL 2CP TO EDG;RELG OBJ GROOM;MV=W

10894-007 WELLS               JEFFREY  COP A-DES     05-16-2002 1534 K01-105L
02 REMARKS: 03-19-02 MXR/JJM APV 328 TRF FM CRL 2FD TO COP.
```

                  TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
    G0005

EX S

2-24-2000

To Mr. Hinton,

I am writing to you in regards to the seperation order that was placed on Mr. ~~Kevin~~ Wayne Powers and myself. Sir there shouldn't of never been any seperation for the fact that me and Mr. Powers never had any problems never was there any altercations between us. In fact me and ~~Kevin~~ Wayne have been dear friends for years, we were here on the compound before they locked him down. I am willing to sign non-animosity papers so that Mr Powers may be returned back to Central Facility as soon as possible.

Thank you very much

I Jeffrey Wells do respectfully request to sign any papers that will allow ~~Kevin~~ Wayne Powers #238-535 to be back in general Population at Central Facility.

Sincerely

Jeffrey Wells

Respectfully submitted on this date. February 24, 2000

Jeffrey Wells #184-859

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) | DATE: 7-5-05 |
|---|---|
| MS. Butts / Case Manager | |
| FROM: Wayne Powers | REGISTER NO.: 09309 007 |
| WORK ASSIGNMENT: Unit orderly | UNIT: A-N |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

1) I need address of who to write to get my P.S.I corrected. I have person Name - but dont know whom to contact to have PSI corrected.

2) I Need address of who to contact to have F.B.I Rap Sheet with criminal history corrected. It was stated I had six convictions during parole proceed; I believe this is incorrect information - especially concerning 2 assaults - one was a violation for same case, parole

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|
| | |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SFP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) Ms. Butts Case Manager | DATE: 2-5-05 |
|---|---|
| FROM: Wayne Powers | REGISTER NO.: 09309007 |
| WORK ASSIGNMENT: unit orderly | UNIT: A-N |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

I am requesting that information
concerning Me being assaulted by Phillip
Scott be corrected; as well incident
with Mr. Charles Johnson be corrected in
My institutional records. They both are
Not demonstrating who was the aggressor and
the fact I was stabbed by one Phillip
scott and Jumped by Charles Johnson
and other individuals. I would like for
this information to be corrected in my
files.

--- (Do not write below this line) ---

DISPOSITION:

This incident occurred while
you were confined within the
DC Department of Corrections. I have
no authority to "correct" such information

| Signature Staff Member | Date 2-7-05 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94



# NOTICE!!!!!

Whenever

D.C. Mayor Anthony Williams

1350 Pennsylvania Avenue, NW

Wash DC  20004

   Serve:  Gladys Herring or Tabatha Braxton

is named as a defendant, a summons and

Notice must be issued to the

District of Columbia:

Office of the Attorney General for the

District of Columbia

441 4th Street, NW 6th Fl. South

Wash, D.C.  20001,

      Serve:  Darlene Fields or Nadine Wilburn

## See Attach Sample!!!!!

*Sample*

**One for each defendant** →

CA Form 1

# Superior Court of the District of Columbia
## CIVIL DIVISION
### 500 Indiana Avenue, N.W., Room JM-170
### Washington, D.C. 20001 Telephone: 879-1133

Your Name and Address

*Plaintiff*

vs.

Civil Action No. _____

The Mayor Anthony Williams
Office of the Secretary Suite 419
Wash, DC 20004

*Defendant*

Serve: Gladys Herring or Tabatha Braxton

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

Your Name and Address

Name of Plaintiff's Attorney

_____

Address

_____

_____

Telephone

By _____

Deputy Clerk

Date _____

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

*Sample* *One for each defendant*

## SCR CIV FORM 1-A
### Notice and Acknowledgment for Service by Mail
## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### Civil Division

Your Name

_____
                                   *Plaintiff*

V.

The Mayor Anthony Williams          Civil Action Number _____
Office of the Secretary Suite 419
Washington, DC  20004
_____
                                   *Defendant*

## NOTICE

To:    Name   Serve: Gladys Herring or Tabatha Braxton
       _____

       Address   Office of the Secretary Suite 419
       _____
                 1350 Penn. Ave., NW
       _____
                 Wash, DC  20004

The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

You must sign and date the Acknowledgement.. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within twenty (20) days after it has been mailed, you (or the other party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons, complaint and initial order in any other manner permitted by law.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

This Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date) _____ .

_____          _____
*Signature*                                *Date of Signature*

### Acknowledgment of Receipt of Summons, Complaint and Initial Order

I received a copy of the summons, complaint and initial order in the above captioned matter at

(address) _____

_____    _____    _____
*Signature*                          *Relationship to Defendant/Authority*   *Date of Signature*
                                     *To Receive Service of Process*

Form CV(6)-1590/Mar 97

*Sample*

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

*defendant Names Address and Serve*

YOUR NAME and ADDRESS

*Plaintiff*

**vs.**

CIVIL ACTION No. _____

(1) The Mayor Anthony Williams
Office of the Secretary Suite 419
1350 Penn. Ave., NW
Wash, DC  20004

Serve: Gladys Herring or Tabatha Braxton

(2) District of Columbia      ***Defendants***
Office of the Attorney General for the District of Columbia
441 4th Street, N.W. 6th Fl South
Washington, DC  20001
Serve: Janice Stokes or
       Darlene Fields

(3) Department of Corrections:
    Address!!!!!!
Serve:.................

(4) Defendant Name and Address
Serve: _____

**COMPLAINT**

1.  **Jurisdiction of this court is founded on D.C. Code Annotated, 1973 edition, as amended, Sec. 11-921.**

Wherefore, Plaintiff demands judgment against Defendant in the sum of $_____ with interest and costs.

Phone: _____

DISTRICT OF COLUMBIA, SS

_____, being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the plaintiff, exclusive of all set-offs and just grounds of defense.

_____
(Plaintiff                          Agent)

Subscribed and sworn to before me this _____ day of _____ 20 ____.

_____
(Notary Public/Deputy Clerk)

FORM CV-1013/ Nov. 00

# SAMPLE of Complaint
## Set-Up

Your Name
Address
City          State

   Vs.

(1)   **The Mayor Anthony Williams**
      **Office of the Secretary  Suite 419**
      **1350 Penn. Ave., NW**
      **Washington, DC  20004**

**Serve: Gladys Herring or Tabatha Braxton**

(2)   **District of Columbia**
      **Office of the Attorney General for the District of Columbia**
      **441 4th Street, N.W. 6th Fl. South**
      **Washington, DC  20001**

**Serve: Janice Stokes or Darlene Fields**

(3)   **DEPARTMENT OF CORRECTIONS:**
      **Office of the General Counsel**
      **1923 Vermont Ave. NW**
      **Washington, DC  20001**

**Serve:  Greg Jackson**

(4)   **Defendant Name, Address**

# DESIGNATED TO ACCEPT SERVICE FOR
## (UPDATED 05/20/05)

THE MAYOR:
> Office of the Secretary
> Gladys Herring or Tabatha Braxton
> John A. Wilson Building, Suite 419
> 1350 Pennsylvania Avenue, NW
> Washington, DC  20004
> Telephone:  (202) 727 6306

DISTRICT OF COLUMBIA:
> Office of the Attorney General
> For the District of Columbia
> Darlene Fields – Nadine Wilburn
> 441 4th Street, N.W. 6th Fl. South
> Washington, DC  20001

DEPARTMENT OF CORRECTIONS:
> Office of the General Counsel
> Brenda Baldwin-White
> 1923 Vermont Avenue, NW Suite N 102
> Washington, DC  20001
> Telephone:  (202) 671-2042

DEPARTMENT OF CONSUMER & REGULATORY AFFAIRS:
> Office of the General Counsel
> David Clark or Patrick J. Canavan
> 941 N. Capitol Street, N.E. 9th Fl.
> Washington, DC  20002
> Telephone:  (202) 442- 8947

CA Form 1

# Superior Court of the District of Columbia
## CIVIL DIVISION
**500 Indiana Avenue, N.W., Room JM-170**
**Washington, D.C. 20001 Telephone: 879-1133**

06-0002128

DEQUIN W. POWERS,

*Plaintiff*

Civil Action No. _____

VS.
THE MAYOR ANTHONY WILLIAMS OFFICE OF
THE SECRETARY  SUITE 419  *1350 Penn Ave NW*
WASHINGTON, D.C. 20004

*Defendant*

*Serve: Gladys Herring*

**SUMMONS**

To the above named Defendant: GLADYS HERRING OR TABATHA BRAXTON

  You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below.   If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

  You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

DEQUIN WAYNE POWERS #09308-007 Pro-se
_____
Name of Plaintiff's Attorney

P.O. BOX 90043
_____
Address
PETERSBURG, VIRGINIA  23804

By _____
              Deputy Clerk

Date _____

_____
Telephone

**PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170**

**YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170**

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

CV(6)-456/May 03

## SCR CIV FORM 1-A
## Notice and Acknowledgment for Service by Mail
## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## Civil Division

DEBORAH WAYNE POWERS

_____
**Plaintiff**

V.

THE MAYOR ANTHONY WILLIAMS OFFICE    **Civil Action Number** _____ 06-0002124
OF THE SECRETARY   SUITE 419  *1350 Penn Ave Nw*
WASHINGTON, D.C.  20004

_____
**Defendant**

## NOTICE

**To:**  **Name** GLADYS HERRING OR TABATHA BRAXTON _____

**Address** OFFICE OF THE SECRETARY   SUITE 419, 1350 PENN  AVE _____

N.W., WASHINGTON, D.C.  20004 _____

The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

You must sign and date the Acknowledgement. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within twenty (20) days after it has been mailed, you (or the other party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons, complaint and initial order in any other manner permitted by law.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

This Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date) _____ .

_____        _____
**Signature**                          **Date of Signature**

### Acknowledgment of Receipt of Summons, Complaint and Initial Order

I received a copy of the summons, complaint and initial order in the above captioned matter at

(address) _____

_____        _____        _____
**Signature**                *Relationship to Defendant/Authority*        *Date of Signature*
                         *To Receive Service of Process*

Form CV(6)-1590/Mar 97

CA Form 1

# Superior Court of the District of Columbia
## CIVIL DIVISION
### 500 Indiana Avenue, N.W., Room JM-170
### Washington, D.C. 20001 Telephone: 879-1133

DERWIN WAYNE POWERS                                                    06-0002128

*Plaintiff*

vs.                                              Civil Action No. _____

*Alice of the Attorney General*
GENERAL COUNSEL,                    *Defendant*
COURT SERVICES
300 INDIANA AVE, *441 4th St NW #1 4th*
WASH.D.C. 20001
*Serve: Carlene Jackson*
**SUMMONS**

To the above named Defendant:

      You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

      You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

                                                *Clerk of the Court*

DERWIN WAYNE POWERS #09309-007 Pro-se
Name of Plaintiff's Attorney

P.O. BOX 90043                                   By _____
Address PETERSBURG, VIRGINIA    23804                        Deputy Clerk

_____                 Date _____

_____
Telephone

**PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170**

**YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170**

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

## SCR CIV FORM 1-A
## Notice and Acknowledgment for Service by Mail
## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## Civil Division

DERWIN PAYNE POWERS                                          96-0002123

_____
Plaintiff

_____ V. _____    Civil Action Number _____
OFFICE GENERAL COUNSEL/COURT SERVICES

_____
Defendant

### NOTICE

To:    Name _____

       Address _____

       WASHINGTON, D.C.    20001

The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

You must sign and date the Acknowledgement. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within twenty (20) days after it has been mailed, you (or the other party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons, complaint and initial order in any other manner permitted by law.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

This Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date) _____

_____          _____
Signature                                Date of Signature

### Acknowledgment of Receipt of Summons, Complaint and Initial Order

I received a copy of the summons, complaint and initial order in the above captioned matter at

(address) _____

_____    _____    _____
Signature                          Relationship to Defendant/Authority    Date of Signature
                                   To Receive Service of Process

Form CV(6)-1590/Mar 97

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

RECEIVED
Civil Clerk's Office
MAR 13 2006
Superior Court of the
District of Columbia
Washington, D.C.

06-0002128

DERWIN WAYNE POWERS,

B.O.P
P.O. Box 90043
Petersburg VA 23804

*Plaintiff*

*vs.*

CIVIL ACTION NO. _____

Serve: Gladys Herring

1. MAYOR ANTHONY WILLIAMS
   1350 PENN. AVE. SUITE 419
   WASHINGTON,D.C.  20004  *Defendants*

2. GENERAL COUNSEL
   Office of the Attorney General
   441 4th St NW 6th Fl S
   Wash, DC 20001   Serve: Darlene Fields

3. EDWARD F.REILLY(CHAIRMAN)
   U.S. PAROLE COMMISSION
   5550 FRIENDSHIP BLVD.
   CHEVY CHASE, MD. 20815-7286

**COMPLAINT**

Serve:
Rockne
Chickinell

1. Jurisdiction of this court is founded on D.C. Code Annotated, 1973 edition, as amended, Sec. 11-921. Tainted and misleading information in institutional records. PSI demonstrate violence on part of Plaintiff, that's misleading.  Also, PSI reflect charge that was dismissed; separations in records that were suppose to be removed; separation in records never had incident or problem.  Incident in record displaying violence, but not specifying-that in fact the plaintiff was victim - not assailant.  As a result, plaintiff male custody point scoring is high; salient factor points are high; was placed in institutions more than five hundred miles from family, Treated more harshly.  ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛. I believe if correct information was in records.

Wherefore, Plaintiff demands judgment against Defendant in the sum of $2,000,000.00 with interest and costs.

Phone:

DISTRICT OF COLUMBIA, SS

Derwin Wayne Powers, being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the plaintiff, exclusive of all set-offs and just grounds of defense.

Derwin Wayne Powers

(Plaintiff)                                                                    Agent)

Subscribed and sworn to before me this ___24th___ day of ___February___ 20 06 .

My Commission Expires: 11-30-09

Tammy L Bayes
(Notary Public/Deputy Clerk)

FORM CV-1013/Nov 00