UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

DERWIN W. POWERS,            )
      Plaintiff,          )
  v.                         )   CIVIL ACTION NO.06-665(PLF)
                           )
MAYOR ANTHONY WILLIAMS, et al., )
      Defendant.         )

PRO-SE AFFIDAVIT IN SUPPORT OF
PLAINTIFF OPPOSITION TO "DISTRICT"
MOTION TO DISMISS

RECEIVED
AUG - 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Derwin W. Powers**, being duly sworn, desposes and says,

1. I Derwin Powers, Pro-se litigant, respectfully submit this affidavit in support of the previous filed motion in opposition to District of Columbia Motion to dismiss complaint **No.1:06-CV665**

2. Plaintiff, did place Motion in opposition to dismiss complaint, filed June 22, 2006, defendant (District) in institutional Mail Box July 12, 2006; Plaintiff has no control when mail will leave institution.

However, Plaintiff pray Court will have understanding, Plaintiff in good faith put Motion in oppostion to defendant Motion to dismiss timely Institution where Plaintiff has had numerous mailing problems.

Plaintiff, ask Court not treat Motion in opposition to "District" Motions to dismiss as "conceded" Plaintiff did have

Motion in institutional mailing system promptly and timely, Plaintiff believe to dismiss these Privacy complaints due to institution Mailing system would in fact be injustice to Plaintiff.

**WHEREFORE,** I respectfully ask that this Court not dismiss Plaintiff complaint, but allow Plaintiff a day in Court.

Sincerely Submitted,

Date: July 23     2006

DERWIN WAYNE POWERS
REG. NO.09309-007