UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Derwin Powers,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 06-0665(PLF) |
| ) | |
| **District of Columbia et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

## DISTRICT OF COLUMBIA'S MOTION FOR AN ENLARGEMENT OF TIME UP TO AND INCLUDING UNTIL SEPTEMBER 8, 2006, TO FILE A REPLY TO THE PLAINTIFF'S OPPOSITION TO THE DISTRICT OF COLUMBIA'S RENEWED MOTION TO DISMISS

The District of Columbia, by and through undersigned counsel and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, hereby moves this Court an enlargement of time up to and including September 8, 2006, to file a Reply to the plaintiff's Opposition to the District of Columbia's Renewed Motion to Dismiss. A Memorandum of Points and Authorities in support of this Motion and a proposed Order are attached hereto.

          Respectfully submitted,

          ROBERT J. SPAGNOLETTI
          Attorney General for the District of Columbia

          GEORGE C. VALENTINE
          Deputy Attorney General
          Civil Litigation Division

          _____/s/_____
          HOLLY M. JOHNSON [476326]
          Section Chief, General Litigation Section III

                                                                                /s/\
                              James H. Vricos [474026]\
                              Assistant Attorney General\
                              441 4th Street, N.W., 6S61\
                              Washington, D.C. 20001\
                              (202) 724-6600\
                              (202) 727-3625 (fax)\
                              James.Vricos@dc.gov

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY on this 29th day of August, 2006, that a copy of the foregoing Motion, Memorandum of Supporting Points and Authorities and proposed order was sent either via first class mailed postage prepaid, or the U.S. District Court Electronic Notification Service, to:

Derwin Powers\
#09309-007\
P.O. Box 90043\
Petersburg, VA 23804

                                                                                /s/\
                              James H. Vricos\
                              Assistant Attorney General

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **Derwin Powers,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 06-0665(PLF) |
| ) | |
| **District of Columbia et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DISTRICT OF COLUMBIA'S MOTION FOR AN ENLARGEMENT OF TIME UP TO AND INCLUDING UNTIL SEPTEMBER 8, 2006, TO FILE A REPLY TO THE PLAINTIFF'S OPPOSITION TO THE DISTRICT OF COLUMBIA'S RENEWED MOTION TO DISMISS**

The District of Columbia (the "District"), by and through undersigned counsel and pursuant to Rule 6(b), of the Federal Rules of Civil Procedure, hereby moves this Court for an enlargement of time until September 8, 2006, to file a Reply to the plaintiff's Opposition to the District's Renewed Motion to Dismiss. As grounds therefore, the District states as follows:

1. On August 3, 2006, the District filed its Renewed Motion to Dismiss with the Court. On August 21, 2006, the plaintiff filed his Opposition. The District's Reply is due on August 29, 2006.

2. In his Opposition the plaintiff makes several arguments which are not easily discernable due to incorrect citation and a failure to quote directly from cited legal authority. As a consequence, additional time is necessary to review and research plaintiff's arguments and to draft a substantive Reply.

3. Additionally, due to staffing shortages at the Office of the Attorney General, the undersigned has recently been assigned several ongoing cases. As a consequence, undersigned has had less time to prepare a Reply to plaintiff's Opposition.

4. Undersigned counsel respectfully requests this additional time to file a Reply to the plaintiff's Opposition.

5. The District submits that such a brief delay will not prejudice the plaintiff.

WHEREFORE, for the foregoing reasons, the District moves that it be given leave until September 8, 2006, to file its Reply to the plaintiff's Opposition to the District's Renewed Motion to Dismiss.

    Respectfully submitted,

    ROBERT J. SPAGNOLETTI
    Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    _____/s/_____
    HOLLY M. JOHNSON [476326]
    Section Chief
    General Litigation Section III

    _____/s/_____
    James H. Vricos [474026]
    Assistant Attorney General
    441 4th Street, N.W., 6S61
    Washington, D.C. 20001
    (202) 724-6600
    (202) 727-3625 (fax)
    James.Vricos@dc.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **Derwin Powers,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 06-0665(PLF) |
| ) | |
| **District of Columbia et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

**ORDER GRANTING DISTRICT OF COLUMBIA'S MOTION FOR AN ENLARGEMENT OF TIME, UP TO AND INCLUDING UNTIL SEPTEMBER 8, 2006, TO FILE A REPLY TO THE PLAINTIFF'S OPPOSITION TO THE DISTRICT OF COLUMBIA'S RENEWED MOTION TO DISMISS**

Upon consideration of the District's Motion for Leave to have until September 8, 2006 to file a Reply to the Plaintiff's Opposition to the District of Columbia's Renewed Motion to Dismiss, any opposition hereto, and the facts and law considered, it is hereby ORDERED:

That the District shall file its Reply by September 8, 2006.

So ORDERED this _____ day of _____, 2006.

_____
Judge Friedman
United States District Court for the District of Columbia

copies to:

James H. Vricos
Assistant Attorney General
441 4th Street, N.W., 6S61
Washington, D.C. 20001

Derwin Powers
#09309-007
P.O. Box 90043
Petersburg, VA 23804