UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Derwin Powers,  )
 )
      Plaintiff,  )
 )
v.  )  Civil Action No. 06-0665(PLF)
 )
District of Columbia et al.,  )
 )
      Defendants.  )

FILED
AUG 31 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER GRANTING DISTRICT OF COLUMBIA'S MOTION FOR AN ENLARGEMENT OF TIME, UP TO AND INCLUDING UNTIL SEPTEMBER 8, 2006, TO FILE A REPLY TO THE PLAINTIFF'S OPPOSITION TO THE DISTRICT OF COLUMBIA'S RENEWED MOTION TO DISMISS**

Upon consideration of the District's Motion for Leave to have until September 8, 2006 to file a Reply to the Plaintiff's Opposition to the District of Columbia's Renewed Motion to Dismiss, any opposition hereto, and the facts and law considered, it is hereby ORDERED:

That the District shall file its Reply by September 8, 2006.

So ORDERED this 30 day of August, 2006.

_____
Judge Friedman
United States District Court for the District of Columbia

copies to:

James H. Vricos
Assistant Attorney General
441 4th Street, N.W., 6S61
Washington, D.C. 20001

Derwin Powers
#09309-007
P.O. Box 90043
Petersburg, VA 23804