UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

DERWIN WAYNE POWERS
    PLAINTIFF

V.

ANTHONY WILLIAMS, et.al,

DISTRICT OF COLUMBIA DEPT. OF CORRECTIONS

EDWARD F. REILLY, CHAIRMAN (USPC),

UNITED STATES PAROLE COMMISSION,

COURT SERVICES AND OFFENDERS, SUPERVISION AGENCY
    DEFENDANTS

CIVIL NO. 06-0665(PLF)

## Motion To Add Additional Defendants

Come now, Wayne Powers pro se in the above cause, move this court in pursuant to rule 21 of civil rules of procedure, which states parties may be dropped or added by order of order of the court on motion of any party or of its own initiative at any stage of action and on such terms as are just. Plaintiff, humblely move this Honorable court to add UNITED STATES PAROLE COMMISSION; DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTION and COURT SERVICES AND OFFENDER SUPERVISION AGENCY. All were properly put on notice in this (F.O.I.A.) complaint in the beginning of Plaintiff complaint. Plaint assert adding of above defendants is necessary for the the sake of proedure ease and because Plaintiff belief is defendant have abandon the original complaint, and is solely holding, Major Anthony William as sole defendant as well Chairman Reilly who are simply the

custodians over these agency---, plaintiff believe that his complaint has been misconstrued, but move this honorable Court again to add court services, U.S. Parole Commission, and D.C. Department of Correctional to eliminate any question about the scope and effect of possible relief and the proper agencies who have in fact created these F.O.I.A. violations.

                                    Respectfully Submitted

                           /s/ *Wayne Dennis Powers*
                              Wayne Powers
                              Reg.#. 09309 007
                              FCI Medium A North
                              P.O.Box 90043
                              Petersburg, Va. 23804

## CERTIFICATE OF SERVICE

I ccertify that I have served a copy of the foregoing on Jume Vricos/Attorney District of Columbia and Eric Janson BY Hand / by first class mail at 441 4 St. N.W. Washington D.C. (Vricos) 555 4th St n.w. (Eric Janson) Washington D.C. this September day of 15 2006.

Signature: Wayne Dermin Powers