UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DERWIN WAYNE POWERS, | ) |
| Plaintiff, | ) Civil Action No.: 06-0665 (PLF) |
| v. | ) |
| ANTHONY WILLIAMS, *et al.* | ) |
| Defendants. | ) |

**NOTICE OF FILING**

Defendant, Edward F. Reilly, Chairman, U.S. Parole Commission, respectfully files the attached exhibits in support of his motion to dismiss, docket entry no. [9].

November 9, 2006

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

   /s/
R. CRAIG LAWRENCE, D.C. Bar # 171538
Assistant United States Attorney

   /s/
ALAN BURCH, D.C. Bar # 470655
Assistant United States Attorney
555 4th St., N.W., Washington, D.C. 20530
(202) 514-7204, alan.burch@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Notice of Filing and attached exhibits to be served on *pro se* Plaintiff by first class mail addressed to:

DERWIN WAYNE POWERS
Bureau of Prisons
P. O. Box 90043
Petersburg, VA 23804

on this 9th day of November, 2006.

                                                      /s/
                                  ALAN BURCH, D.C. Bar # 470655
                                  Assistant United States Attorney