UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
DERWIN POWERS,                      )
                                    )
       Plaintiff,                   )
  v.                                )   Civil Action No. 06-0665 (PLF)
                                    )
MAYOR ANTHONY WILLIAMS, *et al.*,   )
                                    )
       Defendants.                  )
                                    )
_____ )

ORDER

      For the reasons stated in the accompanying Memorandum Opinion, it is hereby

      ORDERED that plaintiff's motion to amend the complaint [Dkt. #15] is GRANTED.  It is further

      ORDERED that defendant Anthony Williams' motion to dismiss [Dkt. #19] is GRANTED.  It is further

      ORDERED that plaintiff's Motion to Add Additional Defendants [Dkt. #26] is DENIED.  It is further

      ORDERED that the Parole Commission's motion to dismiss [Dkt. #9] is GRANTED.  It is further

      ORDERED that this civil action is DISMISSED without prejudice.

      This is a final appealable Order.  *See* Fed. R. App. P. 4(a).

      SO ORDERED.

                                            /s/
                                            PAUL L. FRIEDMAN
                                            United States District Judge

Date: November 17, 2006