UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

MAR 19 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CIVIL ACTION NO:
06-0665(PLF)

DERWIN W. POWERS )
     PLAINTIFF )
)
V. )
)
ANTHONY WILLIAMS, et al., )
     DEFENDANTS )

MOTION FOR OUT OF TIME APPEAL
DUE TO EXCUSABLE NEGLECT:

**COMES NOW**, plaintiff, Derwin Powers, pro Se, interposing <u>Haines v Kerner</u>, 404 U.S. 519, 30 Led 2d 652, 92 s.Ct. (1972). standard for pro-se litigants.

    Plaintiff, hereby moves this Honorable Court for leave to file this-out of time appeal due to no fault of plaintiff.
Plaintiff was recently notified of the ordered handed down by the District Court dated November 17th, 2006, on March 13th, 2007.
Plaintiff, have enclosed a copy of the signature of the B.O.P. officer, who delivered plaintiff mail on above date 3/13/07. (See exhibit- A).

    Plaintiff further contends that the law is clear in the Federal Rule of Civil Procedure 28 § 2107(c)(1) stating that; Plaintiff is entitle to notice of entry of a judgment or order did not receive such notice from the clerk or any party within 21 days of its entry,

and (2), that no party would be prejudiced.

The district court may, upon motion filed within 180 days after entry of the judgment or order or within seven (7) days after receipt of such notice, whichever is earlier, reopen the time for appeal for a period of 14 days from the date of entry of the order reopening the time for appeal.

The aboves subsections following behind 2107 (c) which states that: (c). the district court may, extend the time for appeal upon a showing of excusable neglect or good cause.

WHEREFORE, plaintiff respectfully pray that this Honorable Court re-store his appeal rights for reasons of fault(s) not due to plaintiff, and moves upon the "EXCUSABLE NEGLECT ACT", and orders that:

(1). PLAINTIFF, motion for out- of time appeal be and hereby is granted, and (2) that Plaintiff, filed such appeal within the peeriod of 14 days from the date of such order, and that such orders is served in the best interest of equal and fair justice.

Respectfully Submitted:

/s/ Derwin W. Powers
Derwin W. Powers
Reg.# 09309-007
FCI Medium A-North
P.O.Box 90043
Petersburg, Va. 23804

## CERTIFICATE OF SERVICE

I, Derwin W. Powers, pro Se, herein, swear that on this 15th day of March 2007, I caused to be mailed first class, a true copy of this "Motion " for out of time appeal due to excusable neglect, and a copy of the Notice of Appeal to:

Attorney for Anthony William, et al.,
Michelle Johnson/ James H. Vricos
Office Of the Attorney
General for The District of Columbia
441 Fourth Street, NW 6th Floor
Washington, DC 20001

* Edward Reilly, U.S. Parole Commission
5550 Friendship Blvd.
Chevy Chase md.

/s/ Derwin W. Powers