UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DERWIN POWERS ) <br>         PLAINTIFF, ) <br> ) <br> V. ) <br> ) <br> MAYOR ANTHONY WILLIAMS, et al., ) <br> ) <br>         DEFENDANTS. ) <br> ) | CIVIL ACTION #: 06-0665(PLF) |

### NOTICE OF APPEAL:

COMES NOW, plaintiff, DERWIN POWERS, pro Se, and moves this Honorable Court for an notice of appeal concerning the above civil action No; 06-0665(PLF). The judgment ordered against plaintiff was entered on November 17th, 2006 by the Honorable Judge Paul L. Friedman. However, plaintiff did not received such notice of action until March, 13th 2007. (See Inclosed copy of arrival date).

Respectfully Submitted

Derwin W. Powers
Reg.# 09309-007
P.O. Box 90043
Petersburg, Va. 23804

### CERTIFICATE OF SERVICE

It is hereby certified that a true and exact original of this notice of appeal was mailed on this 15th day of March, 2007 to the Clerk of Court.

/s/ Derwin W. Powers