UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DERWIN POWERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 06-0665 (PLF) |
| | ) | |
| MAYOR ANTHONY WILLIAMS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on plaintiff's "Motion for Out of Time Appeal due to Excusable Neglect." Plaintiff establishes that he received notice of the Court's November 17, 2006 Memorandum Opinion and Dismissal Order on March 13, 2007. The Court construes plaintiff's motion as a timely motion to reopen the time to file an appeal under Rule 4(a)(6) of the Federal Rules of Appellate Procedure. Finding that no party would be prejudiced if the motion were granted, it is hereby

ORDERED that plaintiff's "Motion for Out of Time Appeal due to Excusable Neglect" [Dkt. #31] is GRANTED. The time for plaintiff to file a notice of appeal is reopened. It is further

ORDERED that the Clerk of Court shall docket plaintiff's Notice of Appeal.

SO ORDERED.

Date:  April 10, 2007

/s/
PAUL L. FRIEDMAN
United States District Judge