```
 1                SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
 2                              CRIMINAL DIVISION
 3         - - - - - - - - - - - - - x
 4         UNITED STATES OF AMERICA   :
 5                  v.                :
 6         WAYNE POWERS,              :
                                      :  Criminal Action No. F-10755-88
 7                  Defendant.        :  Criminal Action No. F-3407-89
 8         - - - - - - - - - - - - - x
 9
                                              Washington, D.C.
10                                            August 17, 1989

11              The above-entitled action came on for a sentencing
           before the Honorable ROBERT SHUKER, Associate Judge, in Court-
12         room Number 211, commencing at approximately 9:30 a.m.

13              THIS TRANSCRIPT REPRESENTS THE PRODUCT OF AN
                OFFICIAL REPORTER, ENGAGED BY THE COURT, WHO
14              HAS PERSONALLY CERTIFIED THAT IT REPRESENTS
                HER ORIGINAL NOTES AND RECORDS OF TESTIMONY
15              AND PROCEEDINGS OF THE CASE AS RECORDED.

16                  APPEARANCES:

17                  On behalf of the Government:

18                  ELLEN BASS, Esq.
                    Assistant United States Attorney
19
                    On behalf of the Defendant:
20
                    PAGE KENNEDY, Esq.
21                  Public Defender Service

22

23

24

25         ROSE G. MOLLICHELLI
           OFFICIAL COURT REPORTER
```

1  MS. BASS: And, after receiving the defendant's
2  memorandum, I again interviewed Mr. Jones and he confirmed
3  to me that those injuries were caused when the defendant
4  initially lunged at him with the knife. At the time the
5  defendant butted Mr. Jones in an attempt to get the gun,
6  the defendant had already dropped his knife, so that injury
7  was caused by defendant's action prior to Mr. Jones attempting
8  to defend himself.
9  Your Honor, I particularly take issue with the
10  portion of defendant's memorandum that suggests that since,
11  in a sense, Islamic justice has been meted out here, because
12  a victim defended himself, that somehow this is enough punish-
13  ment. I take strong issue with that, Your Honor. I think
14  it's up to the criminal justice system, this Court, to show
15  what society's view of this kind of behavior is, and to
16  impose a very substantial sentence, very substantial sentence,
17  consecutive for these three crimes. Thank you, Your Honor.
18  THE COURT: All right, thank you.
19  Ms. Kennedy.
20  MS. KENNEDY: Your Honor, it's a minor point,
21  but I do wish to point -- direct the Court's attention to
22  Mr. Jones' letter in which he stated, I was treated at Grea-
23  ter Southeast Community Hospital for, among other things,
24  a huge hematoma on my forehead, induced by a blow on Powers'
25  head.

1  of the victims in a case in which he did plead guilty, Mr.
2  Ellenwest (phonetic), Mr. Jones, and Mr. George Wadece.
3      I stated pretty much what I have to say in my
4  memorandum, Your Honor. I don't wish to belabor matters.
5  The main points I would like to make, Your Honor, is that
6  while this is a stiff plea, and it's a stiff plea because
7  these are very serious crimes and it's really a crime spree
8  that the Government believes would have gone on, had it
9  not been stopped by a victim taking matters into his own
10 hands and defending himself.
11     The Government gave up a great deal, as well.
12 And, we think that the defendant should not get a double
13 benefit from pleading guilty by the Court giving him a sub-
14 stantial break below what he has pled to.
15     Other than that, Your Honor, I just want to empha-
16 size the hurt, both emotional and physical, that the victims
17 suffered.
18     With respect to Mr. Jones, the man who defended
19 himself by shooting the defendant, the defense takes issue
20 with our assertion that he was stabbed in the forehead by
21 Mr. Powers, the defendant, prior to the struggle over the
22 gun. That is a fact and I would like to hand up to the
23 Court pictures of Mr. Jones -- after showing them to defense
24 counsel -- to show you, Your Honor, his injuries.
25     THE COURT: Thank you.

5

Received
Mail Room

MAY 07 2007

United States Court of Appeals
District of Columbia Circuit

```
 1                SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
 2                            CRIMINAL DIVISION
 3        - - - - - - - - - - - - - -x
 4        UNITED STATES OF AMERICA    :
 5                  v.                :
 6        WAYNE POWERS,               :
                                      :   Criminal Action No. F-10755-88
 7                  Defendant.        :   Criminal Action No. F-3407-89
                                      :
 8        - - - - - - - - - - - - - -x
 9
                                          Washington, D.C.
10                                        August 17, 1989

11             The above-entitled action came on for a sentencing
          before the Honorable ROBERT SHUKER, Associate Judge, in Court-
12        room Number 211, commencing at approximately 9:30 a.m.

13             THIS TRANSCRIPT REPRESENTS THE PRODUCT OF AN
          OFFICIAL REPORTER, ENGAGED BY THE COURT, WHO
14        HAS PERSONALLY CERTIFIED THAT IT REPRESENTS
          HER ORIGINAL NOTES AND RECORDS OF TESTIMONY
15        AND PROCEEDINGS OF THE CASE AS RECORDED.

16             APPEARANCES:

17             On behalf of the Government:

18             ELLEN BASS, Esq.
               Assistant United States Attorney
19
               On behalf of the Defendant:
20
               PAGE KENNEDY, Esq.
21             Public Defender Service

22

23

24

25        ROSE G. MOLLICHELLI
          OFFICIAL COURT REPORTER
```

Note to court: Institution Loss (Audio) tape Marked Parole Hearing Wayne Powers 1-26-2005. Petitioner (Appellant) concede it will take to long to retrieve.

1  MS. BASS: And, after receiving the defendant's
2  memorandum, I again interviewed Mr. Jones and he confirmed
3  to me that those injuries were caused when the defendant
4  initially lunged at him with the knife. At the time the
5  defendant butted Mr. Jones in an attempt to get the gun,
6  the defendant had already dropped his knife, so that injury
7  was caused by defendant's action prior to Mr. Jones attempting
8  to defend himself.
9  Your Honor, I particularly take issue with the
10  portion of defendant's memorandum that suggests that since,
11  in a sense, Islamic justice has been meted out here, because
12  a victim defended himself, that somehow this is enough punish-
13  ment. I take strong issue with that, Your Honor. I think
14  it's up to the criminal justice system, this Court, to show
15  what society's view of this kind of behavior is, and to
16  impose a very substantial sentence, very substantial sentence,
17  consecutive for these three crimes. Thank you, Your Honor.
18  THE COURT: All right, thank you.
19  Ms. Kennedy.
20  MS. KENNEDY: Your Honor, it's a minor point,
21  but I do wish to point -- direct the Court's attention to
22  Mr. Jones' letter in which he stated, I was treated at Grea-
23  ter Southeast Community Hospital for, among other things,
24  a huge hematoma on my forehead, induced by a blow on Powers'
25  head.

1  of the victims in a case in which he did plead guilty, Mr.
2  Ellenwest (phonetic), Mr. Jones, and Mr. George Wadece.
3      I stated pretty much what I have to say in my
4  memorandum, Your Honor. I don't wish to belabor matters.
5  The main points I would like to make, Your Honor, is that
6  while this is a stiff plea, and it's a stiff plea because
7  these are very serious crimes and it's really a crime spree
8  that the Government believes would have gone on, had it
9  not been stopped by a victim taking matters into his own
10 hands and defending himself.
11     The Government gave up a great deal, as well.
12 And, we think that the defendant should not get a double
13 benefit from pleading guilty by the Court giving him a sub-
14 stantial break below what he has pled to.
15     Other than that, Your Honor, I just want to empha-
16 size the hurt, both emotional and physical, that the victims
17 suffered.
18     With respect to Mr. Jones, the man who defended
19 himself by shooting the defendant, the defense takes issue
20 with our assertion that he was stabbed in the forehead by
21 Mr. Powers, the defendant, prior to the struggle over the
22 gun. That is a fact and I would like to hand up to the
23 Court pictures of Mr. Jones -- after showing them to defense
24 counsel -- to show you, Your Honor, his injuries.
25     THE COURT: Thank you.

5