UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DERWIN POWERS, ) <br> ) <br>     Plaintiff, ) <br>   v. ) <br> ) <br> MAYOR ANTHONY WILLIAMS, *et al.*, ) <br> ) <br>     Defendants. ) <br> ) | Civil Action No. 06-0665 (PLF) |

ORDER

It is hereby

ORDERED that plaintiff's motion to proceed *in forma pauperis* on appeal [Dkt. #36] is GRANTED.

SO ORDERED.

/s/
PAUL L. FRIEDMAN
United States District Judge

Date: June 29, 2007